UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MONTGOMERY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. _____ |
| ) | |
| WILLIAM P. BARR, et. al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Lisa Montgomery hereby moves, pursuant to Fed. R. Civ. P. 65 and L. R. 65.1, for entry of a Temporary Restraining Order preventing Defendants Attorney General William P. Barr; Deputy Attorney General Jeffrey A. Rosen; Acting Pardon Attorney Rosalind Sargent-Burns; the United States Department of Justice; and the Office of the Pardon Attorney from taking adverse action relating to her request for reprieve until they provide a clemency process that comports with fundamental fairness and the Fifth Amendment to the U.S. Constitution, and until Plaintiff is able to exercise her right to the assistance of counsel in preparing her clemency application under 18 U.S.C.§ 3599. Plaintiff further moves to enjoin Defendants Federal Bureau of Prisons Director Michael Carvajal; Federal Bureau of Prisons Regional Director Barb von Blackensee; Federal Medical Center Carswell Warden Michael Carr, United States Penitentiary Terre Haute, Indiana Complex Warden T.J. Watson, National Administrator of Women and Special Populations Alix M. McLearen, and the Federal Bureau of Prisons from carrying out her scheduled execution until she has had access to and an opportunity to participate in a clemency process with the assistance of counsel that comports with fundamental fairness.

But for Defendants' actions and policies, Plaintiff would be able to prepare and present a clemency petition with the assistance of her lawyers, pursuant to her rights under the Fifth Amendment and 18 U.S.C. § 3599. This motion is supported by facts contained in Mrs. Montgomery's Complaint for declaratory and injunctive relief filed on November 12, 2020; and the accompanying memorandum and exhibits filed on this date in support of this motion.

Plaintiff's lead counsel is scheduled for surgery at 8 a.m. Eastern Time on Friday, November 13. Plaintiff therefore respectfully suggests the following briefing schedule: Defendants should be required to respond by Friday, November 13, and the Court should hold a hearing on this motion on Monday, November 16.

WHEREFORE, Plaintiff Montgomery respectfully requests that this Court issue a temporary restraining order and preliminary injunction to prevent ongoing harm to Mrs. Montgomery's constitutional rights.


DATED:	November 12, 2020


Respectfully submitted,

s/Sandra L. Babcock_____

Sandra L. Babcock
Clinical Professor
Cornell Law School
157 Hughes Hall
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289

Jm347@cornell.edu

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690
Za72@cornell.edu

Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com