# Exhibit 4

OFFICE OF THE
**FEDERAL PUBLIC DEFENDER**
**MIDDLE DISTRICT OF TENNESSEE**

**HENRY A. MARTIN**
**FEDERAL PUBLIC DEFENDER**

810 BROADWAY, SUITE 200
NASHVILLE, TENNESSEE 37203-3805
TELEPHONE: 615-736-5047
FAX: 615-736-5265

**Via email November 9, 2020 to:**

**kira.gillespie@usdoj.gov**
**cc: USPardon.Attorney@usdoj.gov**

President Donald J. Trump
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

RE: Lisa Marie Montgomery
Request for Reprieve

Dear President Trump:

My name is Henry Martin. I have served as the appointed Federal Public Defender for the Middle District of Tennessee since 1985. Two of my lawyers, Kelley Henry and Amy Harwell, are counsel for Mrs. Lisa Montgomery, whose execution has been scheduled by the Bureau of Prisons for December 8, 2020. The purpose of this letter is to 1) inform you that lead counsel are exhibiting COVID-19 symptoms and 2) request a reprieve of Mrs. Montgomery's execution because of the obstacles caused by their conditions and the COVID-19 pandemic, which are preventing them from preparing a clemency petition on behalf of Mrs. Montgomery.

Consistent with court policy, I instructed the staff of my office to telework as much as possible since March, 2020. I suspended all in-person client visits, witness interviews, and travel, absent the detailed showing of a compelling need. I instituted this policy for the safety of my staff, our clients, court staff, the U.S. Marshals, corrections staff, and the community at large.

On October 16, 2020, I learned that Mrs. Montgomery's execution date had been scheduled for December 8, 2020. Lead counsel, Kelley Henry, informed me that the clemency petition would be due November 15, 2020. She requested permission for herself and co-counsel, Amy Harwell, to travel to the Federal Medical Center in Fort Worth, Texas to meet with Mrs. Montgomery. I agreed to permit that travel given the exigency created by an execution date.

Over the weekend, I learned that both attorneys have exhibited COVID symptoms and have been instructed by their physicians to self-quarantine. They are currently awaiting test results. No matter the results, however, they will be

required to remain in quarantine in compliance with CDC guidelines. As Federal Public Defender, I cannot permit either attorney to enter our offices to work on the case, nor can I permit them to engage in any travel until they have been cleared by their physicians. No other attorneys in the office have any familiarity with the facts and background of the case. Ms. Henry and Ms. Harwell are essential members of Mrs. Montgomery's team.

Ms. Henry and Ms. Harwell's current health condition and required quarantine presents an insurmountable obstacle to their representation of Mrs. Montgomery in the courts and in preparing a clemency petition. Even under normal circumstances, each would be expected to work 18-hour days to prepare a clemency petition and conduct other important litigation on behalf of Mrs. Montgomery. To do so, now, would endanger the health of each attorney.

In my thirty-five years as a Federal Public Defender, I have shepherded my staff through many trying times: government shutdowns, sequester, budget cuts. None of those situations compares with the challenges we face during this pandemic. We simply cannot provide you with the information we know you would want to have before making a decision about whether to spare Mrs. Montgomery's life.

For example, Ms. Henry and Ms. Harwell inform me that Lisa Montgomery's life has been marked by relentless trauma and terror, exacerbating her genetic predisposition to severe mental illness. Mrs. Montgomery committed her crime while in the grip of a psychotic episode and even today, she must take a complex cocktail of medications to stave off recurrent psychosis. Moreover, she is the only woman under a federal death sentence and the only woman on death row in the entire country for the type of crime that she committed.

Mrs. Montgomery is a survivor of child abuse, domestic violence, incest, multiple rapes, and child sex trafficking. Lisa's mother sexually trafficked her starting when she was a small child, including allowing her to be gang raped by adult men on multiple occasions and telling Lisa she had to "earn her keep." Her years of torture at the hands of caregivers, documented brain damage, and severe mental illness have severed her connection with reality; without antipsychotic medication, she would lose the ability to understand what is happening to her and to know what is real.

Mrs. Montgomery is entitled to present this information to you in a comprehensive format together with expert reports and witness statements. Because of their illness, which they likely contracted while as a result of traveling to

consult with Mrs. Montgomery, Ms. Henry and Ms. Harwell cannot perform this important task.

We respectfully request you grant Mrs. Montgomery a reprieve from her December 8, 2020 execution date.

Sincerely,

*Henry A. Martin*

Henry Alan Martin
Federal Public Defender
Middle District of Tennessee