# Exhibit 5

**From:** US Pardon Attorney (imailagent) <uspardon.attorney@usdoj.gov>
**Sent:** Tuesday, November 10, 2020 11:47 AM
**To:** Kelley Henry <Kelley_Henry@fd.org>
**Subject:** Your correspondence re: Ms. Lisa Montgomery (Intranet Quorum IMA00836564)

November 10, 2020

Mr. Henry A. Martin
Federal Public Defender
Middle District of Tennessee
810 Broadway Street
Suite 200
Nashville, TN 37203-3810

Re: Request for Reprieve in the case of Lisa Montgomery

Dear Mr. Martin:

This responds to your letter of November 9, 2020, in which you ask President Trump for a reprieve of the execution date of Lisa Montgomery. I have sincere sympathy for your request, and I certainly hope that both Ms. Harwell and Ms. Henry recover quickly from their illnesses, no matter the cause. However, please be advised that the Office of the Pardon Attorney has no independent authority to reprieve a pending execution date. Further, per our regulations, we will only process requests to the President for a reprieve of a pending execution date that are submitted via a formal petition and signed and authorized by an inmate subject to a death sentence. *See* 28 C.F.R. §§ 1.1 & 1.10(a) ("A person seeking executive clemency by pardon, *reprieve*, commutation of sentence, or remission of fine shall execute a formal petition" and "Clemency in the form of *reprieve* or commutation of a death sentence … shall be requested by the person under the sentence of death or by the person's attorney acting with the person's written and signed authorization" (emphasis added)).

To accommodate the obvious difficulties of your attorneys, we are happy to accept a "placeholder" petition for either commutation or reprieve, to be supplemented within the 15-day window outlined in 28 C.F.R. §1.10(b) by a signed authorization from your client and any additional materials that you or she care to provide. Further,

as the 30-day filing deadline is technically November 15, which is a Sunday, we will accept any placeholder petition that is submitted through Monday, November 16, in recognition of the difficulties of processing weekend submissions.

I also must advise you that should Ms. Montgomery's request for reprieve not be granted by the President, and she has not also submitted a petition for commutation within the 30-day window, then she will have forfeited her opportunity to do so. Should the request for reprieve be granted, then of course, she will have an additional opportunity to submit a clemency application within 30 days of the setting of a new execution date.

Finally, I would let you know that our Office is also working remotely during the pandemic and will willingly, and has successfully, arranged for oral presentations to be conducted remotely over teleconferencing applications, and has accepted the transmission of materials via almost exclusively electronic means. We are willing to work with you to find available technology to receive any materials you wish to submit and to conduct those hearings that you may wish to hold.

Again, our best wishes the health of Ms. Henry and Ms. Harwell, and if you have any additional questions, you can feel free to reach out to me personally at kira.gillespie@usdoj.gov.

Sincerely,

Kira Gillespie
Senior Attorney Advisor
Office of the Pardon Attorney

--------------------------- Original Email ---------------------------
From:Kelley Henry [Kelley_Henry@fd.org]
Sent:Monday, November 9, 2020 6:34:38 PM
To:Gillespie, Kira (PARDON)
CC:USPardon Attorney
Subject:Lisa Marie Montgomery, Execution Date Scheduled, Dec. 8, 2020

Good evening,

Please see the attached. Kindly acknowledge receipt. Please note this request is for a reprieve. It is not a request for commutation.

Kelley J. Henry
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Office: 615-736-5047
Fax: 615-736-5265
Direct:615-695-6906
Cell: 615-337-0469
Email:

Kelley_Henry@fd.org

In an attempt to slow the spread of COVID-19, the Federal Public Defender has instructed all employees to telework. While
on telework status my direct line is forwarded to my cell phone. Please feel free to text me, call me, or email me.

â€œâ€¦AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE.â€