# Exhibit 6

Declaration of Ruben Gur

1. I am currently employed by The University of Pennsylvania (Penn) and hold the position of Professor with Tenure.

2. Since 2006, I have been contracted as an expert witness in the case of Lisa Montgomery.

3. As a result of my employment with Penn, I am not allowed any work-related travel due to the pandemic

4. I am 73 years of age and am considered at high risk of COVID-19 infection and at heightened risk of complication from infection.

5. Mrs. Montgomery's defense team has contacted me regarding her petition for clemency. In order to conduct an accurate and contemporaneous assessment of Mrs. Montgomery's mental health condition in relation to brain integrity, an in person assessment is necessary as well as structural and functional neuroimaging scans.

6. Due to the sensitive nature of these inquiries, a remote assessment is not appropriate under prevailing professional norms, since many aspects of pathological behavior (e.g., eye contact) require direct observation and scanning requires physically transporting the patient to a scanning facility (although I would not need to be personally present for scanning).

7. Based upon my institutional affiliation and the specific restrictions I must adhere to protect my own health, I am unable to conduct an assessment or testimony in Mrs. Montgomery's clemency proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ruben Gur
Executed this 10th day of November, 2020.