# Exhibit 7

Declaration of Katherine Porterfield, Ph.D.

1. I am currently employed by New York University School of Medicine and hold the position of adjunct clinical instructor in the Department of Psychiatry.

2. Since 2016 I have been contracted as an expert witness in the case of Lisa Montgomery.

3. As a result of my employment with NYU School of Medicine I must subscribe to the current NYU School of Medicine travel policy stated as:

   > "It is the current policy of NYU Langone Health that business related travel and travel planning is prohibited until further notice during the Covid-19 pandemic. This ban will continue until an announcement is otherwise made by the Chief Financial Officer."

4. Mrs. Montgomery's defense team has contacted me regarding her petition for clemency. In order to conduct an accurate and contemporaneous assessment of Mrs. Montgomery's mental health condition, an in-person assessment is necessary, in order to interview her, observe her reactions, and have enough time to obtain a reliable report from her about her current functioning, given that she has several impairing mental health conditions.

5. Due to the clinical nature of these inquiries, a remote assessment is not appropriate. Mrs, Montgomery's diagnoses of complex post-traumatic stress disorder and bipolar disorder result in her having symptoms that can directly impede her ability to report on and describe her experiences. Additionally, because her CPTSD involves extensive avoidance of thoughts, feelings, and reminders of her past trauma, as well as dissociation from her reactions, perceptions and feelings, it is difficult to gauge her functioning without seeing her in-person and conducting a thorough examination.

6. Based upon my institutional affiliation and the specific restrictions I must adhere to protect my own health, as well as the clinical requirements of conducting a valid and reliable in-person evaluation, I am unable to conduct an assessment or testimony in Mrs. Montgomery's clemency proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Katherine A. Porterfield PhD

____________________________

Katherine Porterfield, Ph.D.

Executed this 11th day of November, 2020.