# Exhibit 8

# DECLARATION OF GEORGE W. WOODS, JR., M.D.

1. I am a physician licensed to practice in California, with a specialty in neuropsychiatric consultations. My clinical practice consists of treating persons with cognitive impairments, ethno-psychopharmacology, and psychotherapy.

2. Since 2013, I have been under contract as an expert witness in Lisa Montgomery's case. I have previously supplied Mrs. Montgomery's counsel with both a declaration of my findings and a supplement thereto. I testified at Mrs. Montgomery's federal evidentiary hearing in 2016.

3. I am 72 years of age and am considered at high risk of COVID-19 infection and at a much heightened risk of complication from infection. I have several underlying conditions in addition to my age which require me to be extra vigilant.

4. I currently am in treatment for Prostate Cancerwhich necessitates on-going immunosuppressant therapy and required Cybersurgery on November 10, 2020. My doctor has ordered me not to travel due to my health concerns (regardless of the pandemic) for at least 4 months, depending upon potential effects of hormonal, antiandrogen, and immunotherapy.

5. Mrs. Montgomery's defense team has contacted me regarding her petition for clemency. In order to conduct an accurate and contemporaneous assessment of Mrs. Montgomery's mental health condition an in-person assessment is necessary.

6. Due to the sensitive nature of these inquiries, a remote assessment is not appropriate under prevailing professional norms. My prior, in-person assessments of Mrs. Montgomery revealed a deep propensity for dissociation and psychosis. Signals of dissociation and psychosis require clinical observation, including eye contact and detection of subtle movements. Further, Mrs. Montgomery suffers from neurological impairments which require observation of her movements to monitor. Among other disorders, her hypothyroidism has both mood, cognitive, and motor impairments, regardless of her thyroid levels, which do not reflect functional and cognitive impairment. It would be necessary for a thorough neurocognitive examination, which include physical as well as psychiatric examination.

7. Based on my health restrictions, I am unable to conduct an assessment or provide testimony in Mrs. Montgomery's clemency proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

George W. Woods, Jr., M.D.

Executed this 11th day of November, 2020.