# Exhibit 11

Declaration of Siddhartha S. Nadkarni, MD

1. I am currently employed by NYU Langone Medical Center (NYULMC) and NYU Grossman School of Medicine (NYUGSM) and hold the position of Assistant Professor

2. Since June 2013, I have been contracted as an expert witness in the case of Lisa Montgomery.

3. As a result of my employment with NYULMD and NYUGSM, I am restricted from travelling out of the tristate area due to the SARS-Coronavirus-2 Pandemic, as it endangers my ongoing ability to work on return and potentially the safety of my patients and co-workers

4. I am 49 years of age and have both diabetes and asthma and have been intubated twice for acute respiratory syndromes in the past, and, as such, am considered at rather high risk of bad outcomes and complications from COVID-19 infection (according to the literature 1 in 10 people with diabetes who contracts this will not survive).

5. Mrs. Montgomery's defense team has contacted me regarding her petition for clemency. In order to conduct an accurate and contemporaneous assessment of Mrs. Montgomery's neurologic and psychiatric condition, an in person assessment is necessary. This is essential to acquire data on interview and on mental status and physical examination which requires in-person assessment.

6. Due to the sensitive nature of these inquiries, a remote assessment is not appropriate under prevailing professional norms. It is critical in these assessments to physically manipulate limbs and test modalities such as sensation that require in person tactile assessment. For example things like "rigidity," which is a neural finding in the joints and muscles cannot be made virtually. There are many elements like this, including aspects of cognitive testing, opthalmoscopic examination, and many others.

7. Based upon my institutional affiliation and the specific restrictions I must adhere to protect my own health, and the nature of the assessment required, I am unable to conduct an assessment or testimony in Mrs. Montgomery's clemency proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

__ ____________

Siddhartha S. Nadkarni

Executed this _11th__ day of November, 2020.