**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. ___________________** |
| | ) | |
| **WILLIAM P. BARR, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**(PROPOSED) TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration Plaintiff's application for temporary restraining order and preliminary injunction, and any opposition, reply and further pleadings and arguments submitted in support thereof, or in opposition thereto;

It appearing to the Court that Plaintiff is likely to succeed on the merits of her action, that Plaintiff will suffer irreparable injury to her Fifth Amendment rights if Defendants are not preliminarily enjoined from carrying out her scheduled execution until she has had access to and an opportunity to participate in a clemency process with the assistance of counsel that comports with fundamental fairness, pursuant to her rights under the Fifth Amendment and 18 U.S.C. § 3599,

ORDERED that Plaintiff's motion for temporary restraining order and preliminary injunction is hereby GRANTED; and Defendants (together with their respective successors in office, officers, agents, servants, employees, attorneys and anyone acting in concert with them) are required, pending further order of this Court, from carrying out Plaintiff's scheduled execution.

ENTERED ON THIS _________ DAY OF ______________, 2020.

BY:________________________________
United States District Judge