**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LISA MONTGOMERY

Plaintiff,

v. No. ____________________

WILLIAM P. BARR, *et al.*,

Defendants.

**NOTICE OF APPEARANCE**

Please enter the appearance of undersigned counsel as co-counsel on behalf of the plaintiff, Lisa Montgomery, in the above-captioned case.

Respectfully Submitted,
/s/ EDWARD J. UNGVARSKY
Edward J. Ungvarsky
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Counsel for Lisa Montgomery
Office - 571 207 9710
Cellular – 202 409 2084
ed@ungvarskylaw.com

Dated: November 12, 2020