UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA MONTGOMERY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03261 |
| | ) | |
| WILLIAM P. BARR, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ERRATA TO PLAINTIFF COMPLAINT**

Plaintiff respectfully submits this errata to her Complaint, Civil Cover Sheet and Summons which were filed on November 12, 2020 at Docket No. 1 through Docket No. 1-12 and her Motion for Temporary Restraining Order and Memorandum in Support filed at Docket No. 2 and 2-1.

DATED: November 12, 2020

Respectfully submitted,

s/Edward J. Ungvarsky
Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

Sandra L. Babcock
Clinical Professor
Cornell Law School
157 Hughes Hall
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289
Jm347@cornell.edu

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690
Za72@cornell.edu