88. On each claim for relief, a declaratory judgment that by scheduling Mrs. Montgomery's execution during a global pandemic, under circumstances that resulted in Mrs. Montgomery's attorneys testing positive for COVID-19, Defendants have violated Plaintiff's right to due process and to the assistance of counsel to prepare and present her clemency petition under 18 U.S.C. §3599.

89. On each claim for relief, for a temporary restraining order and a preliminary injunction preventing defendants and all persons acting under their authority, direction, or control, from taking adverse action on Plaintiff's request for reprieve and from denying any request for commutation of her death sentence that may be filed in her case without the assistance of her longstanding lawyers, Kelley Henry and Amy Harwell.

90. On each claim for relief, for a temporary restraining order and a preliminary injunction preventing defendants and all persons acting under their authority, direction, or control, from taking steps to execute Mrs. Montgomery until such time that her counsel may represent her without danger to themselves or the public and that experts may conduct assessments and offer evidence in her clemency proceeding.

DATED: November 12, 2020

Respectfully submitted,

s/Edward J. Ungvarsky______________
Edward J. Ungvarsky
Ungvarsky Law, PLLC
D.C. Bar No. 459034
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

Sandra L. Babcock
Clinical Professor, International Human Rights Clinic
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690