But for Defendants' actions and policies, Plaintiff would be able to prepare and present a clemency petition with the assistance of her lawyers, pursuant to her rights under the Fifth Amendment and 18 U.S.C. § 3599. This motion is supported by facts contained in Mrs. Montgomery's Complaint for declaratory and injunctive relief filed on November 12, 2020; and the accompanying memorandum and exhibits filed on this date in support of this motion.

Plaintiff's lead counsel is scheduled for surgery at 8 a.m. Eastern Time on Friday, November 13. Plaintiff therefore respectfully suggests the following briefing schedule: Defendants should be required to respond by Friday, November 13, and the Court should hold a hearing on this motion on Monday, November 16.

WHEREFORE, Plaintiff Montgomery respectfully requests that this Court issue a temporary restraining order and preliminary injunction to prevent ongoing harm to Mrs. Montgomery's constitutional rights.

DATED: November 12, 2020

Respectfully submitted,

s/Edward J. Ungvarsky____________

Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

Sandra L. Babcock
Clinical Professor
Cornell Law School
157 Hughes Hall
Ithaca, NY 14853-4901

312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289
Jm347@cornell.edu

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690
Za72@cornell.edu

Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com