## IV.

## CONCLUSION

Mrs. Montgomery has demonstrated a likelihood of success on the merits. Neither any alleged harm to Defendants or the public interest can outweigh that which would be suffered by Mrs. Montgomery if she was put to death in the absence of a meaningful clemency process. Plaintiff requests that this Court issue a temporary restraining order to prevent adverse action on her request for reprieve and commutation.

DATED: November 12, 2020

Respectfully submitted,

s/Edward J. Ungvarsky_____
Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084

Sandra L. Babcock
Clinical Professor
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690