**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LISA MONTGOMERY

Plaintiff,

v.

WILLIAM P. BARR, *et al.*,

Defendants.

No. ____________________

**NOTICE OF APPEARANCE UNDER LOCAL CIVIL RULE 83.2(g)**

Pursuant to Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, I, Zohra Ahmed, submit this certification. I am a member in good standing of the bar of New York, and am eligible to appear in this case, under this rule, on behalf of the indigent plaintiff, Lisa Montgomery. I certify that I am providing my representation to Mrs. Montgomery, a federal death-row prisoner, without compensation. In addition, I certify that am personally familiar with the Local Rules of this Court and, as required under Local Civil Rule 83.9 (a), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct and the D.C. Bar Voluntary Standards for Civility in professional Conduct.

Dated: November 12, 2020

Respectfully submitted,

*/s/ Zohra Ahmed*

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690