UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MARIE MONTGOMERY,<br>*Plaintiff*,<br>v.<br>WILLIAM P. BARR,<br>Attorney General of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 20-3261 (RDM) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as counsel for all Defendants.

Dated: November 12, 2020

Respectfully submitted,

/s/ Johnny Walker

JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2575
Cell: 202-815-8708
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*