IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:20-cv-03261 |
| WILLIAM P. BARR, *et al.*, Defendants. | ) | |

**DECLARATION OF MICHAEL CARR**

I, Michael Carr, do hereby declare and state as follows:

1. I am currently employed by the Bureau of Prisons (BOP) as the Warden at the Federal Medical Center located in Fort Worth, Texas (FMC Carswell), a position I have held since June 23, 2019. I have been employed by the BOP in areas of increasing responsibility since September 1998.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I have been advised that in the above referenced case, Lisa Montgomery, Reg. No. 11072-031, has raised issues regarding the impact of the COVID-19 pandemic on her access to counsel and litigation consultants at FMC Carswell.

4. On March 13, 2020, as part of its agency-wide modified operations in response to COVID-19, BOP announced that legal visits generally would be suspended to mitigate the risk of exposure to COVID-19 by external visitors. *See* https://www.bop.gov/resources/news/

20200313_covid-19.jsp.[1] The BOP additionally provided that legal calls and virtual legal visits would be accommodated to the extent possible. BOP acknowledges that inmates' access to legal counsel remains a paramount requirement. On October 8, 2020, BOP announced that in person legal visits would be accommodated upon request based on local resources and would follow preventative protocols.

5. Ms. Montgomery has received in-person legal visits on October 20; October 21; October 26; October 29; and November 2, 2020.

6. In-person legal visits were also scheduled for November 9; November 11; November 12; November 16; and November 19, 2020. However, on November 8, 2020, Ms. Montgomery's attorneys notified FMC Carswell staff that Ms. Henry and Ms. Harwell had become symptomatic for COVID-19 and would need to cancel all of the scheduled legal visits between November 8 and November 22, 2020. Counsel also notified FMC Carswell staff that the visit scheduled for November 23, 2020, would be tentative.

7. Inmates are afforded unmonitored legal calls in order to ensure the confidentiality of inmates' communications with their counsel. In accordance with BOP Program Statement 5264.08 "Inmate Telephone Regulations," at 10-11, an inmate's properly placed call to an attorney is not monitored by staff.

8. BOP records reflect that during BOP's modified operations in light of COVID-19, Ms.

---

[1] While, this practice was initially scheduled to last for 30 days, it was extended a number of times. *See* https://www.bop.gov/resources/news/pdfs/20200414_press_release_action_plan_6.pdf; https://www.bop.gov/resources/news/20200520_covid-19_phase_seven.jsp; https://www.bop.gov/foia/docs//COVIDPhase8June30.pdf; and https://www.bop.gov/foia/docs//COVIDphase9_08052020.pdf.

Montgomery has had approximately twenty-one (21) unmonitored legal calls with counsel.[2] Specifically, since October 22, 2020, unmonitored legal calls were scheduled every day from approximately 2:00 p.m. to 3:00 p.m. at the request of Ms. Montgomery's counsel. The only exceptions to her daily legal calls were on October 29 and November 2, 2020, when she had in-person legal visits scheduled during the regular legal call time and there was no request for an additional legal call to be scheduled at an alternative time. While Ms. Montgomery must remain under staff visual supervision during her legal calls, the calls are not audibly monitored and staff place a white noise machine on the outside of her cell door to prevent her conversations from being overheard.

9. Similarly, unmonitored video conferencing with outside counsel is available to Ms. Montgomery. No such conferences have been requested.

10. Information about the number of COVID-19 cases at FMC Carswell is publicly available at https://www.bop.gov/coronavirus/index.jsp.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 13th day of November, 2020.

M. Carr
M. Carr
Federal Bureau of Prisons

---

[2] Ms. Montgomery had one call on October 16, 2020, and one call on October 19, 2020, which were not private and, subsequently, modifications were made to ensure privacy.