# AFFIDAVIT OF DR. MARK J. DAVIS, M.D.

I, MARK J. DAVIS, M.D., make the following affirmation under penalty of perjury:

**Background**

I am a medical doctor, Board Certified in Family Medicine. I have thirty years of experience in broad-range family medicine that includes managing populations on the ground in Southeast Asia during the original Severe Acute Respiratory Syndrome (SARS) response and Avian influenza as well as in the Middle East working around the coronavirus responsible for the Middle East Respiratory Syndrome (MERS). I am currently employed as consultant physician and surgeon for the California Department of Corrections (DOC) providing emergency coverage.

Due to the COVID-19 pandemic, California DOC is operating in a state of vigilance and managing outbreaks. In fact, after managing one outbreak earlier this year, we have suffered a new outbreak nine days ago that now is affecting 255 inmates and 47 employees/contractors at the remote, high security facility. Our first outbreak was imported from another facility leading to a restriction in transfers. The source of this most recent outbreak has yet to be determined, but the nature of this virus is that when one case is detected, it has already spread out of control. What starts with 2 people showing symptoms quickly gets out of control even with lock down implemented and extraordinary measures to intervene. Our facility is newer, but even so, these are the challenges of managing the spread of the virus in a congregate setting no matter what precautions are place. In any carceral setting, it is easy for the virus to spread due to challenges in achieving social distancing, the continued potential for virus exposure with staff coming in and out of the institution, and poor or outdated ventilation systems within the prison. All visitation has been halted for months now.

I have been requested to review the course of the confirmed SARS CoV2 illness for Amy Harwell and Kelley Henry in order to opine regarding the impact of the illness on their capacity to work. It is my understanding that they are the principal lawyers for a prisoner named Lisa Montgomery who is sentenced to death and facing execution on December 8, 2020.

In preparing this affidavit, I conducted clinical interviews of Ms. Harwell and Ms. Henry separately by phone, reviewing their approaches to reduce risk of virus exposure prior to infection and the nature of their potential exposure to the virus during their visits to the prison facility at Carswell, Texas. I also reviewed their medical histories, their current health background, and the symptoms they are currently experiencing. In these situations it is also critical to review the family structure and risk of individuals sharing their home because decisions to meet the demands of their work impact all of those in their daily routines, at home and at work.

Symptoms of SARS CoV2 infection begin within 2 to 14 days after exposure, although some people do not develop symptoms at all. Ms. Henry and Ms. Harwell last visited their client on November 2, 2020. Their first symptoms began three days after the November 2nd visit.

**Overall Summary of the Condition of Amy Harwell**

I spoke with Ms. Harwell on November 14, 2020. Ms. Harwell is a 48-year-old woman. She reported that symptoms began on Thursday the 5th, abruptly at 1:15 p.m., as profound fatigue, sweats, chills and body aches. Testing done on the 6th confirmed COVID-19. Ms. Harwell reports that Saturday and Sunday were a blur. The sweats and chills remitted by Tuesday. The fatigue has persisted and is profound, making it difficult to sit or stand for prolonged periods of time. She has also experienced a cough and nasal congestion along with gastrointestinal symptoms of loss of appetite, a single episode of vomiting, and persistent mild nausea. She has had a sore throat. There was a brief episode of transient visual distortion focally in the left eye and confined to the left eye lower outer quadrant. Throughout the illness and continuing until my clinical interview of her, there has been the troublesome symptom of serious concentration and memory problems.

She and her family have taken extra precautions to avoid infection due to the vulnerable health status of her 68 year-old husband. With his medical conditions, he would be considered very high risk status for serious complications and death from COVID-19. Nonetheless, he recently tested positive despite efforts to self-quarantine and then isolate when she became positive. Their daughter, age 16 years lives in the house as well.

**Overall Summary of the Condition of Kelley Henry**

I spoke with Ms. Henry on November 14, 2020. Ms. Henry is a 54-year-old woman. She reported that symptoms began on the Saturday the 7th, with the realization that she had lost her sense of smell when she was cooking garlic and shrimp. Her taste was also affected. She took a test on Sunday confirming infection with the novel corona virus. Her maximum temperature reached 99.6 dg F. She has experienced profound fatigue. The fatigue affected her activities of daily living, causing difficulty holding up her arms to dry her hair. Her muscles were also painful as though she had been exercising vigorously. She cannot stand up for more than 20 minutes at a time. She experiences persistent “fuzzy thinking” with a notable difficulty finding words that were previously easy and common for her. She has experienced morning headaches on the right more than left side. She has had tingling on both sides of the face with discomfort on the lateral face in front of the ears. Her loss of sense of taste and smell has persisted. She has experienced intermittent confusion and difficulty concentrating. She has also been troubled by gastrointestinal effects of the virus with loss of appetite, nausea, diarrhea and diffuse abdominal aching. She has respiratory symptoms with cough and has had low oxygenation, persistently running low between 91-93%. She was prescribed an albuterol inhaler for this and advised that if the oxygenation stayed below 92% for over 2 hours that she was to proceed to the Emergency Department for evaluation. Her heart rates have been elevated during the day.

There are particular elements of her past medical and surgical history that put her at a higher risk of complications, beyond the cardiomyopathy diagnosis that she carries. In addition, she has to worry about the advanced age of her husband at 62 years who has remained in his usual state of good health, but obviously has been exposed.

**Summation of their infection with SARS CoV-2 Contagion**

Ms. Harwell and Ms. Henry had both used N95 masks for travel with precautions of social distancing and attention to handwashing. They felt compelled to go into the facility at Carswell for their work. Prisons are one of the highest risk environments for the spread of COVID-19.

I am not personally familiar with the particular institutional precautions that are in place to protect vulnerable populations at FMC Carswell, but I am aware that there are active cases in this facility. According to the Federal Bureau of Prisons website, as of November 14, 2020, a total of 514 Carswell inmates have tested positive and recovered from the virus, while six inmates have died; one Carswell staff member has also died. The latest data I have seen indicates five confirmed active cases. I also noted that as of November 13, 2020, Tarrant County, Texas, where FMC Carswell is located, had reported 79,431 cases with 790 deaths with 18,245 active cases. The remarkable thing with this coronavirus infection is that people are infectious before manifesting symptoms. Prison outbreaks can arise from outside the facility and then spread very quickly.

The symptoms Ms. Harwell and Ms. Henry exhibit all fit with more severe symptoms of COVID-19. They are very serious and concerning from a medical perspective. The most worrisome and disabling symptoms are often the neurologic effects of this Coronavirus. Neurocovid effects are seen early in the less complex involvement of the taste and smell receptors or effects on the neurologic (autonomic) network impacting tone in the blood vessels in the peripheral vascular system causing the neurasthenia or fatigue. When there are symptoms of fuzzy thinking, confusion, difficulty concentrating, dysnomia (difficulty finding words), headaches, and the like – each of which we see with these two individuals – these are direct effects on the Central Nervous System from a breach of the blood brain barrier through the inflammatory storm that accompanies the body's response and can have lasting effects. We may only discover later as we gain more experience with this virus what these long lasting effects are. Experience with previous coronaviruses suggest that the more long term patients may be predisposed to, neurodegenerative disorders , depression, and accelerated neurological aging .

It can be difficult for some to understand the consequential effects of COVID-19 disease on the human body. They are severe. I can analogize the effects to the result of a severe head trauma. Brain rehabilitation after the disease takes effect can be likened to a post-concussion syndrome where attention needs to be taken early on in the course to allow for the body to heal. To recover from COVID-19, patients must slowly attempt to move about physically, eat a heart healthy diet, reduce stress and rest. These are critical ways to allow for the rejuvenation of the brain and to minimize poor outcomes in the future. Premature return to work will at least delay recovery; it can also prevent full recovery. Both Ms. Harwell and Ms. Henry are in precarious physical health conditions – for the near term and for their long term health. If I were their personal physician, I would recommend a minimum of 4 weeks of recovery at home, without the demands and stresses of professional obligations, before considering return to work. The recovery should be supervised by their physician. The focus on rehabilitation requires allowances for them to heal so as to avoid irreparable damage during this critical recovery period.

I can state with a reasonable degree of medical certainty that the journey to assist their client, as well as visiting and providing services to their client, during the height of the SARS CoV2 pandemic likely contributed to their present, severe illness, and that they now are functionally incapacitated from performance of any professional work obligations until their symptoms resolve, time is given to ensure no re-occcurence of symptoms, and their brains and bodies are given time to recover from the disease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mark J. Davis MD

Mark J. Davis, M.D.
Executed on: 11/15/2020

References:

Majid Fotuhi et al, Neurobiology of COVID-19, Journal of Alzheimer's Disease (2020). DOI: 10.3233/JAD-200581

*Curriculum Vitae*

# MARK J. DAVIS, MD

4835 Cordell Avenue – Bethesda, MD 20814
Email: davma098@yahoo.com

Board-certified, innovative, and highly experienced physician with an international track record in family medicine, primary care, and occupational medicine paired with a record of achievement as a medical director and department chair. Committed to quality care and evidence-based medicine with an inclusive and collaborative leadership style. Proved instrumental in the start-up and management of hospitals, family medicine practices, and health services in high security environments. Offers a strong background in hands-on patient care in challenging locales amid socio-political unrest. Comfortable leveraging technology and tele-health Fluent in Spanish and Bahasa Indonesia; conversant in French. Available for travel and relocation.

**SKILLS & COMPETENCIES**

Family Medicine - Primary Care - Occupational Medicine - Travel & Tropical Medicine - Acute Care
Clinical Operations - Practice Management - Program Development - Vaccines - Incident Review
Standards of Care - Evidence-based Medicine - Teaching & Presentations - Telemedicine

## EDUCATION

GEORGETOWN UNIVERSITY, Washington, DC
**FAMILY MEDICINE RESIDENCY, 1988-1991**
Chosen as Best Resident Clinician, Fort Lincoln Family Medicine Center Award, 1991

UNIVERSITY OF VERMONT, Burlington, VT
**MEDICAL DOCTORATE, 1988; FELLOWSHIP IN TRANSFUSION MEDICINE, DEPARTMENT OF PATHOLOGY, 1986, BACHELOR OF ARTS, BIOLOGY, 1983**
*Magna cum Laude*, Phi Beta Kappa

## CLINICAL AND LEADERSHIP EXPERIENCE

CALIFORNIA DEPARTMENT CORRECTIONS & REHABILITATION, Locum Tenens 2017 to present

**Primary Care Provider Calipatria State Prison**

Emergency coverage needed to help with the backlog of patients and to transition to an electronic medical record (Cerner) over three months. Primary care services were delivered with a push for preventive services and population management. Responsibilities included call, cross-coverage, inpatient and emergency services.

**Medical Director—HDSP Correctional Treatment Center/Triage & Treatment Area**

Thirty bed state licensed inpatient facility, Daily interface with UM department nursing personnel utilizing Interqual referral criteria for specialty services—extensive experience reviewing referral requests not meeting criteria for exceptions to policy. Familiarity with Milliman & Robertson Healthcare Management Guidelines to determine length of stay. Daily interface with area hospitals to determine acceptability for patient transfer back to HDSP CTC. Daily interaction with long term care facilities and area hospital emergency departments for determination of admission criteria to higher level of care for HDSP inpatient and outpatient inmates. Extensive correctional medicine experience—CDCR at 2 major facilities with high medical risk inmate patients and frequent trauma

ALDARA HOSPITAL AND MEDICAL CENTER 2016-2017

**Consultant, Family Medicine**

Greenfield hospital located in Riyadh Saudi Arabia, managed by Henry Ford Health System out of Detroit Michigan, I was tasked with setting up the Family Medicine, Employee Health, and VIP/Executive Health Departments. Opening recently delayed until October 2017.

GEORGE WASHINGTON UNIVERSITY MEDICAL FACULTY ASSOCIATES 2016

**Supervising Physician**

US Government contract to provide services for operations in Doha Qatar. Responsible for acute care and preventive health of a dynamic population. Oversight of physician assistants in the clinic and management of Emergency Medical Services Ambulance Program was a central task. Disaster planning, Medical Standards and Peer Review programs were implemented. Robust fitness for duty services and management of the diverse health care needs of mobile populations were essential.

TENGIZCHEVROIL/CHEVRON, KAZAKHSTAN 2013-2016

**Expatriate Physician**

Requested to establish the highly attentive model of expatriate care successful in Indonesia in Chevron operations in Atyrau, Kazakhstan. Developed an embedded medical support capable of addressing emergency, occupational, preventive and primary health care needs of global employees and their families in a remote setting.

JOHNS HOPKINS MEDICINE INTERNATIONAL 2012-2013

**Medical Consultant**

Member of initial team to assist Kuwait in improving health care delivery at four of Kuwait's five secondary care public hospitals and developing in-country talent in hospital administration and clinical care. Charged with setting up telehealth and implementing a rigorous infection control program.

NORTH VIRGINIA CAPITAL DEFENDER OFFICE 2011-2019

**Medical Consultant**

Expert witness consulting for capital murder cases in the State of Virginia. Providing direct evaluation, medical advice, affidavits and testimony.

MEDSTAR PHYSICIAN PARTNERS 2011-2012

**Family Physician**

First family medicine clinic in the Medstar System of Hospitals and Clinics in Maryland and Washington DC , located in Chevy Chase, MD, serving a mobile international community and a large geriatric population, offering broad range Family Medicine, in affiliation with Georgetown University and the Family Medicine Residency.

LOCUM TENENS with Maxim Physician Resources. 2010-2011

**Temporary Physician Services**

Life Connections, Cisco Systems, San Jose CA, Clinic coverage in primary and acute care for families of Cisco. State of Maryland Bureau of Corrections, Medium Security, in charge of chronic and acute care, for complex disease states like HIV, Hepatitis C, Diabetes Mellitus, including end stage disease processes of cancer, chronic kidney and obstructive pulmonary diseases.

CHEVRON (FORMERLY CALTEX PACIFIC INDONESIA), Duri, Sumatra, Indonesia 2003-2010

**EXPATRIATE PHYSICIAN**

Oversaw patient care for 4,000 employees working in the Sumatra operation, a component of the Indoasia Business Unit which covers one of every eight Chevron employees worldwide. Served on-call 24/7 for seven years. Routinely examined, diagnosed, and treated patients with minimal English language proficiency.

- Substantially influenced the design of an in-depth pandemic influenza program as a key member of the Avian Influenza Task Force.

- Served on the Early Injury Management and Incident Review Teams at the Chevron worksite.
- Launched a drug and alcohol testing program in a multicultural, emerging region.
- Charted major improvements to the food hygiene program in support of Sumatra operations.
- Honored with a surprise celebration organized by Sumatra employees, "Dr. Davis Appreciation Day," which featured written praise and acknowledgements from patients stationed around the world.

SULTAN BIN ABDULAZIZ HUMANITARIAN CITY, Riyadh, Kingdom of Saudi Arabia 2002-2003
**FAMILY MEDICINE CONSULTANT**

Directed employee health and education for this 452-bed rehabilitation institution, which was newly opened in March 2002. Managed all aspects of clinical operations as chair of Family Medicine, Employee Health, Emergency Department, and ICU. Worked closely with physicians from a wide range of countries while fostering communication and collaboration.

- Played an integral role in starting this new 452-bed rehabilitation hospital.
- Promoted as department head due to excellent leadership abilities and clinical expertise.
- Elevated awareness of evidence-based medicine among diverse groups of physicians.

SCENIC FACULTY MEDICAL GROUP, Modesto, CA 2001-2002
**PHYSICIAN**

Delivered patient care in a broad-range family practice, also including obstetrics. Communicated insight and developed recommendations as a medical consultant for the Stanislaus Behavioral Health Center, an inpatient psychiatric services program with adolescent care.

- Honored with an appointment to the family medicine faculty at the University of California, Davis.

CALTEX PACIFIC INDONESIA, DURI STEAM FLOOD OPERATIONS, East Sumatra, Indonesia 1995-2001
**EXPATRIATE PHYSICIAN**

Demonstrated effective leadership of hospitalization, obstetrical care, health maintenance, travel medicine, sports medicine, and educational programs available to 600 expatriates and family members. Arranged all health care received outside Indonesia as a liaison to external providers. Advised on pre-employment evaluation and orientation processes for new employees, as well as determining fitness for duty.

- Orchestrated the evacuation of 10,000 employees facing a natural disaster, the Southeast Asian Haze, which drastically affected air quality issues originating from fires in September 1997.
- Gained expertise in community-based medicine during a period of sociopolitical unrest.
- Delivered a presentation on family medicine in the native language of Bahasa Indonesia to a group of 150 community physicians from Riau Province.

COYOTE FAMILY PRACTICE, Concord, CA 1994-1995
**STAFF PHYSICIAN**

Delivered ambulatory and hospital-based care, including surgery, for this primary care group practice. Handled special needs referrals received from John Muir Medical Center (JMMC), which involved home visitation, nursing home cares, occupational health, and travel medicine consultation.

- Formulated standards of care for the group practice.
- Served on the trauma on-call team at John Muir Medical Center.

WEST MODESTO MEDICAL CLINIC (WMMC), MERCED FAMILY
HEALTH CENTERS, INC. (MFHC), Modesto, CA 1991-1994
**MEDICAL MANAGER (1993-1994)**

Directed up to 40 staff and health care providers while overseeing clinical operations surrounding medical, dental, nutritional, perinatal, health education, state cancer screening, and counseling services delivered in a federally-designated Health Professions Shortage Area. Managed a federal grant program, including grant development and maintenance.

**STAFF PHYSICIAN (1991-1994)**

Diagnosed, treated, and cared for a culturally diverse population in this community and migrant health clinic system at a National Health Service site, which included family practice and obstetrics. Served 24/7 on-call every day for three years while assisting patients in clinics, hospitals, nursing homes, schools, migrant worker camps, homeless shelters, and at home. Facilitated community referrals for patients with HIV. Directly contributed as a member of both the Geriatric and Adolescent Task Forces. Developed strong competencies via training programs in practice management, Total Quality Management, and Continuous Quality Improvement.

- Founded and directed an adolescent clinic.
- Partnered with California state officials to start two of the first 13 school-based clinics under the directive of Governor Pete Wilson.
- Recognized by the Mayor of Modesto, California with a letter of commendation for improving care of underserved populations in the community.

MEDICAL DIRECTOR, FAMILIES FIRST, Concord, CA — January-September 1995

**INTERIM MEDICAL DIRECTOR**

Conducted medical evaluations of at-risk preteens and teens at this group home for behaviorally and emotionally unstable adolescents. Provided 24-hour telephone consultation in support of hospital services and site visitation.

MERCED FAMILY HEALTH CENTER, Modesto, CA — June-September 1993

**INTERIM MEDICAL DIRECTOR**

Managed daily operations of eight separate clinics, serving on the Leadership Council.

MODESTO HEALTHCARE FOR THE HOMELESS, Modesto, CA — 1991-1994

**MEDICAL DIRECTOR**

Steered a range of comprehensive services, including medical, dental, substance abuse, mental health, and social services supported by federal grant funding.

ADDITIONAL EXPERIENCE:

*Part-time Emergency Department, California Emergency Physicians (CEP), Antioch, CA, Apr-Sept 1995*
*Consultant, Bureau of Primary Health Care, Health and Human Services, Rockville, MD, Jan-Sept 1995*
*Part-time Staff Physician, Urgent Care, Stanislaus Medical Center, Modesto, CA, 1993-1994*
*Part-time Staff Physician, Urgent Care, Oakwood Square Urgent Care Centers / CEP, Modesto, CA, 1992-1993*
*Part-time Staff Physician, Geriatric Care of Greater Washington, Washington, DC, 1990-1991*

## TEACHING EXPERIENCE

UC DAVIS FAMILY PRACTICE RESIDENCY PROGRAM, STANISLAUS MEDICAL CENTER, Modesto, CA — 1992-1994 & 2001-2002

**FACULTY MEMBER**

Instructed and mentored residents. Participated in the Lecture Series and inpatient/outpatient supervision.

- Selected by residents to receive the Outstanding Community Faculty Teaching Award, 1994.

STANFORD UNIVERSITY AND UC DAVIS PRIMARY CARE PHYSICIAN ASSISTANT PROGRAM, Modesto, CA — 1992-1993

**COMMUNITY PRECEPTOR**

Acted as a preceptor while guiding clinical experience training of physician assistant students, supervising students during primary care apprenticeships. Guided students on basic sciences, physical examinations, and health care maintenance.

## RESEARCH

January to June 1991. Malaria Human Vaccine Trial, with Steven Hoffman, MD, DTMH; Naval Medical Research Institute, Bethesda, MD. Contributing author to review article, "Immunology, Pathophysiology and Treatment of Malaria." *Current Science,* submitted 27 March 1991.

January to December 1986. Tumor-associated viruses, in Kaposi's Sarcoma, lymphomas and leukemias in East Africa, as continuation of ongoing research. Results published in *Arch Pathol Lab Med* 1988; 112:259-265. Transfusion Medicine Fellowship, awarded by the American Red Cross, with John Craighead, MD, Chairman, Department of Pathology, University of Vermont College of Medicine.

January 1980 to August 1983. Muscular Dystrophy, with focus on the biochemical, enzymological, and hormonal aspects of the genetic myopathy in mice at a subcellular and molecular level; initially as a Biology Honors project, extended through graduation, including three competitive summer research fellowships, awarded by the Muscular Dystrophy Association (1980, 1981,`1982) with William L. Meyer, PhD, Department of Biochemistry, University of Vermont College of Medicine.

Summer 1977. Biochemical aspects of fasting in mice with genetically-determined diabetes and obesity. National Science Foundation Fellowship with Douglas Coleman, PhD, Jackson Laboratory, Bar Harbor, Maine.

## LICENSURE & CERTIFICATIONS

Licensed to Practice in California and Maryland
Family Practice Board-Certified, 1991; Recertification, 1998, 2005, 2015, active through 2025.
California Radiological Health and Safety Certification, 1995,
Medical Review Officer, 2006
Advanced Cardiac Life Support (ACLS) Certification, Recertification December 2020; ACLS Instructor, 2003
Basic Life Support Recertification December 2020