Declaration of Lisa G. Nouri

I, Lisa G. Nouri, being of lawful age and having a law office in Kansas City, Jackson County, Missouri, declare the following:

1. I was appointed to represent Mrs. Montgomery on April 17, 2012 (DCD 430-CR case). I have been in private practice as a solo practitioner since 1991 in Kansas City, Missouri.

2. My first visit with Mrs. Montgomery was May, 2012.

3. As required by the ABA Guidelines in representation of capital clients, I endeavored to secure the assistance of qualified habeas counsel. I had never had a capital trial, federal or state, and had never done a capital habeas case. To the best of my recollection, I had never tried a murder case in either state or federal court at the time I was appointed to represent Mrs. Montgomery. I was eventually able to gain the assistance of Kelley Henry and her office.

4. Ms. Henry formally entered her appearance as counsel for Mrs. Montgomery on November 11, 2012 (DCD 20-CV case). Ms. Harwell made her first appearance May 6, 2013. Ms. Henry and Ms. Harwell had financial resources that I could never secure. The file was enormous (43 banker's boxes plus videos) and they had the connections to secure experts, investigators, mitigation investigators and travel funds, and the expertise both to assess mental health concerns about Mrs. Montgomery and to conduct the litigation.

5. My role has been predominantly dealing with local counsel and local rules, along with occasional visits to and phone calls with Mrs. Montgomery.

6. On occasion, I have visited with Mrs. Montgomery by myself. For any substantive discussions, however, I was always accompanied by Ms. Henry or Ms. Harwell. This was a deliberate decision on my part. Mrs. Montgomery is severely mentally ill and I do not have the training or expertise to recognize and understand her illness, nor am I able to deal with medical and mental health experts as required by the ABA and CJA guidelines in capital cases. That is why I sought out learned counsel.

7. Ms. Henry is learned counsel and I have deferred to her knowledge and experience throughout this litigation.

8. I have never been involved in a clemency proceeding and have taken no steps to prepare a clemency application for Mrs. Montgomery. Because of my inexperience, Ms. Henry, Ms. Harwell and I agreed that Ms. Harwell and Ms. Henry would take responsibility for preparing and presenting Mrs. Montgomery's clemency application.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Dated this 15th day of November, 2020.

_____
Lisa G. Nouri