**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. 1:20-cv-3261** |
| | **)** | |
| **WILLIAM P. BARR, et. al.** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**PLAINTIFF'S NOTICE OF FILING OF REPRIEVE AND CLEMENCY**

Pursuant to the Court's November 16, 2020, request, Plaintiff hereby notifies the Court that Mrs. Montgomery's § 3599 counsel Kelley Henry and Amy Harwell filed a placeholder letter seeking commutation and/or reprieve with the Office of the Pardon Attorney on November 16, 2020. A copy is attached to this pleading.

Respectfully submitted,

s/Sandra L. Babcock_____

Sandra L. Babcock
Tex. Bar No. 01481700
Clinical Professor
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies
IL Bar No. 6198353
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289
Jm347@cornell.edu

Zohra Ahmed
NY Bar No. 5255195
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690
Za72@cornell.edu

Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel of record in this case

/s/Sandra L. Babcock
Sandra L. Babcock