**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:20-cv-3261** |
| | ) | |
| **WILLIAM P. BARR, et al.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice to alert the Court to Judge Chutkan's Memorandum Opinion entered last night in *Orlando Hall v. William P. Barr, et al.*, No. 20-cv-3184 (TSC), Doc. 23 (D.D.C. Nov. 16, 2020). Hall, a federal death-row inmate, raises due process and statutory claims based on an alleged lack of meaningful access to a presidential reprieve or commutation. The Memorandum Opinion and accompanied Order deny Hall's motion for temporary restraining order or preliminary injunction.

Dated: November 17, 2020

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
Assistant United States Attorney
Western District of Missouri
Special Assistant United States Attorney
District of Columbia

– and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record listed below via the Court's CM/ECF system.

/s/ *Johnny Walker*
Assistant United States Attorney