**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY** | ) | |
| | ) | |
| *Petitioner* | ) | |
| | ) | |
| **v.** | ) | Case No. 12-8001-CV-SJ-GAF |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent* | ) | **FILED UNDER SEAL** |
| | ) | |

**EX PARTE ORDER**

Before the Court is petitioner Lisa M. Montgomery's *Ex Parte* Motion for Additional Funds for Mitigation Investigation (Doc. #11). Having reviewed the motion and supporting documentation, it is hereby

ORDERED that petitioner Lisa M. Montgomery's *Ex Parte* Motion for Additional Funds for Mitigation Investigation (Doc. #11) is granted in part and denied in part. It is further

ORDERED that petitioner Montgomery's request for approval of additional mitigation funds is denied. It is further

ORDERED that petitioner Montgomery's alternative request that the Federal Public Defender for the Middle District of Tennessee be appointed to assist in this case is granted. It is further

ORDERED that the Office of the Federal Public Defender and Henry Martin are hereby appointed as co-counsel in the above-captioned case to assist with the representation of petitioner Lisa M. Montgomery. It is further

ORDERED that the assistant federal public defenders from the Middle District of Tennessee planning to work on this case shall enter their appearances on behalf of petitioner.

/s/ *Gary A. Fenner*
Honorable Gary A. Fenner
United States District Judge

Date: September 19, 2012