**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY** | **)** | |
| | **)** | |
| *Petitioner* | **)** | |
| | **)** | |
| **v.** | **)** | Case No. 12-8001-CV-SJ-GAF |
| | **)** | |
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| *Respondent* | **)** | |
| | **)** | |

## ENTRY OF APPEARANCE

COMES NOW, Kelley J. Henry, Supervisory Assistant Federal Public Defender, and hereby enter her appearance as co-counsel for Lisa M. Montgomery, Petitioner herein.

Respectfully submitted this 1st day of November, 2012.

Kelley J. Henry, Mo. Bar No. 38849, TN Bar No. 021113
Supervisory Asst. Federal Public Defender
Capital Habeas Unit
Office of The Federal Public Defender
Middle District of Tennessee
Capital Habeas Unit
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736 5047

By: */s/ Kelley J. Henry*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2012, I filed the foregoing with the Clerk of the Court and that a true and correct copy of such filing was thereby e-mailed to the Office of the United States Attorney for the Western District of Missouri.

*/s/ Kelley J. Henry*
Attorney for Lisa M. Montgomery