UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA MARIE MONTGOMERY,

    *Plaintiff*,

v.

WILLIAM P. BARR, *et al.*,

    *Defendants*.

Civil Action No. 20-3261 (RDM)

## ORDER

For the reasons set forth in this Court's Memorandum Opinion, Dkt. 19, it is hereby

**ORDERED** that Plaintiff's motion for a preliminary injunction and temporary restraining order, Dkt. 2, is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that Defendants (along with their respective successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from executing Plaintiff Lisa Marie Montgomery before December 31, 2020; it is further

**ORDERED** that Plaintiff's counsel, Amy Harwell and Kelley Henry, shall finalize Plaintiff's clemency petition as promptly as possible in light of their illness; and it is further

2

**ORDERED** that if both Harwell and Henry believe that they will be unable to do so without further assistance by December 24, 2020, they shall immediately apply to the U.S. District Court for the District of Missouri to appoint qualified, additional counsel, or shall enlist the assistance of other attorneys working in the Office of the Federal Public Defender for the Middle District of Tennessee.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 19, 2020