UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MARIE MONTGOMERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR,<br>United States Attorney General, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-3261 (RDM) |

## **NOTICE OF RESHCEDULED EXECUTION DATE**

Defendants hereby notify the Court that the Director of the Federal Bureau of Prisons has rescheduled the execution of Plaintiff Lisa Montgomery for January 12, 2021.

\*  \*  \*

Dated:  November 23, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TIMOTHY A. GARRISON
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　JEFFREY RAY
　　　　　　　　　　　　　　　　　　　　Deputy United States Attorney
　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　BRIAN P. CASEY
　　　　　　　　　　　　　　　　　　　　Chief, Appellate Division
　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　*/s/ Alan T. Simpson*
　　　　　　　　　　　　　　　　　　　　ALAN T. SIMPSON, Missouri Bar #65183
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Western District of Missouri
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　 – and –

　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　 */s/ Johnny Walker*
　　　　　　　　　　　　　　　　　　　　JOHNNY H. WALKER, D.C. Bar #991325
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　　　Telephone: 202 252 2575
　　　　　　　　　　　　　　　　　　　　Email: johnny.walker@usdoj.gov

　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendants*