IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA M. MONTGOMERY,<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | Civil Action No. <u>1:20-cv-3261</u> |
| WILLIAM P. BARR, et al.,<br>Defendants. | )<br>)<br>) | |

## DEFENDANTS' EMERGENCY MOTION TO CLARIFY
## ORDER GRANTING PRELIMINARY INJUNCTION

Defendants hereby move the Court to clarify: (1) that the November 19, 2020 Order granting a preliminary injunction (Dkt. 20) does not relieve the Office of the Federal Public Defender for the Middle District of Tennessee, Henry A. Martin, the Federal Public Defender for the Middle District of Tennessee, or Lisa Nouri of their legal and ethical obligations to represent Lisa Montgomery in her clemency proceeding; and (2) that the Office of the Federal Public Defender for the Middle District of Tennessee, Martin, and Nouri should begin work on Montgomery's clemency application immediately, to the extent they have not already done so, and make best efforts to file a completed application by December 24, 2020.  Defendants conferred with opposing counsel regarding Plaintiff's position on this matter. Opposing counsel declined to take a position.

WHEREFORE, Defendants respectfully request that this Court clarify the November 19, 2020 Order granting a preliminary injunction (Dkt. 20).

Dated: November 24, 2020 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　TIMOTHY A. GARRISON
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　　　JEFFREY RAY
　　　　　　　　　　　　　　　　　　　　　　Deputy United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　　　BRIAN P. CASEY
　　　　　　　　　　　　　　　　　　　　　　Chief, Appellate Division
　　　　　　　　　　　　　　　　　　　　　　Western District of Missouri

　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan T. Simpson*
　　　　　　　　　　　　　　　　　　　　　　ALAN T. SIMPSON, Missouri Bar #65183
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Western District of Missouri
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN
　　　　　　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　　　　 */s/ Johnny Walker*
　　　　　　　　　　　　　　　　　　　　　　JOHNNY H. WALKER, D.C. Bar #991325
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202 252 2575
　　　　　　　　　　　　　　　　　　　　　　Email: johnny.walker@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2020, I caused a true and correct copy of foregoing to be served on all counsel of record listed below via the Court's CM/ECF system.

                                        /s/ *Johnny Walker*
                                        Assistant United States Attorney