UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LISA MONTGOMERY

Plaintiff,

v.

WILLIAM P. BARR, et al.

Defendants

Civil Action No. 1:20-cv-03261

---

**SUPPLEMENTAL DECLARATION OF KIRA GILLESPIE**

1. I, Kira Gillespie, hereby declare that I am employed at the Office of the Pardon Attorney ("PARDON") as a Senior Attorney Advisor. I have been employed in that position since January 11, 2015, and I have been employed at PARDON since November 8, 2010.

2. I have previously submitted a declaration in this matter, filed with the court on November 14, 2020. I make this supplemental declaration in response to the Court's Memorandum Opinion and Order (Dkt. 19) issued on November 19, 2020.

3. PARDON views this Order by the Court as setting December 24, 2020, as the *de facto* deadline for filing the remainder of the clemency petition, which extended the otherwise

applicable deadline of December 1, 2020, that was in place prior to the issuance of the Order.

4. PARDON therefore requires the primary clemency application intended to supplant the placeholder application to be submitted by December 24, 2020, in order to have sufficient time to review the application and schedule an oral presentation by Montgomery's attorney.

5. PARDON would be willing, for good cause shown, to accept supplemental evidence supporting the reasons for clemency until the end of the injunction, *i.e.*, December 31, 2020.

6. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my ability. Executed on this 23 day of November, 2020.

Kira Gillespie
Office of the Pardon Attorney
Senior Attorney Advisor