**From:** Lisa Nouri <lisanouri_atty@hotmail.com>
**Sent:** Thursday, November 19, 2020 3:33 PM
**To:** Keisha Brown; Kacie Inman
**Cc:** Janet Santana
**Subject:** Lisa Montgomery

Dear Ms. Inman and Ms. Brown:
Thank you for the quick legal call today.
Besides cancelling the legal visit for November 23,
I need to change the family visits for this weekend.
There will be no visit on Saturday as Mrs. Montgomery's husband has tested positive for covid.
However, on Sunday in the same previously scheduled family time slot, Mrs. Montgomery's children, Desiree and CJ will
be coming.
I am sure you still have all their appropriate identification but let me know if you need more information.
Also, I would like to schedule family visits for the weekend of December 5 and 6 so let me know the appropriate times.

This is also a request for daily medical records and logs including suicide logs related to Mrs. Montgomery. I am aware that the government appears to be receiving daily updates so I would request the same. Time is of the essence and it is imperative that I receive this daily.
If they are sent via the USA/fx app, please also send the link to the paralegal Janet copied above for their office to have simultaneously.
Mrs. Montgomery advised her blood was drawn today (five or six vials) and she provided urine samples. I am not sure what these tests are for but I presume these results will be included in the daily records.

Thank you for your prompt attention and I look forward to your reply.
Lisa Nouri

**From:** Lisa Nouri <lisanouri_atty@hotmail.com>
**Sent:** Monday, November 23, 2020 3:43 PM
**To:** Simpson, Alan (USAMOW); Bond, Patrice (USAMOW)
**Cc:** Janet Santana; Megan Wartner
**Subject:** Re: Medical records

When are they going to get the access?
All they have received are training materials.
Let me know please.

---

**From:** Simpson, Alan (USAMOW) <Alan.Simpson@usdoj.gov>
**Sent:** Monday, November 23, 2020 11:16 AM
**To:** Lisa Nouri <lisanouri_atty@hotmail.com>; Bond, Patrice (USAMOW) <Patrice.Bond@usdoj.gov>
**Cc:** Janet Santana <Janet_Santana@fd.org>; Megan Wartner <Megan_Wartner@fd.org>
**Subject:** RE: Medical records

Thank you.

Pat, it looks like Janet and Megan need invites to USAfx. Please invite them and confirm to me when their registrations are complete.

---

**From:** Lisa Nouri <lisanouri_atty@hotmail.com>
**Sent:** Monday, November 23, 2020 11:13 AM
**To:** Simpson, Alan (USAMOW) <ASimpson1@usa.doj.gov>
**Cc:** Bond, Patrice (USAMOW) <PBond@usa.doj.gov>; Janet Santana <Janet_Santana@fd.org>; Megan Wartner <Megan_Wartner@fd.org>
**Subject:** Re: Medical records

Alan:
It is Janet Santana Dies and Megan Wartner.
Emails are above.
Thanks,
Lisa

---

**From:** Simpson, Alan (USAMOW) <Alan.Simpson@usdoj.gov>
**Sent:** Monday, November 23, 2020 11:04 AM
**To:** lisanouri_atty@hotmail.com <lisanouri_atty@hotmail.com>
**Cc:** Bond, Patrice (USAMOW) <Patrice.Bond@usdoj.gov>
**Subject:** Medical records

Lisa,

Please provide me the email addresses and names of the people at FPD MDTN, or otherwise, who also need access to this. Thanks.

Alan T. Simpson
Assistant U.S. Attorney
Western District of Missouri
400 East 9th Street, Room 5510
Kansas City, MO 64106
p: 816.426.3130