**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:20-cv-3261** |
| | ) | |
| **WILLIAM P. BARR, et al.,** | ) | |
| **Defendants.** | ) | |

**(PROPOSED) ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO CLARIFY ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Defendants' motion to clarify the Court's Order (Dkt. 20) granting a preliminary injunction, and any opposition, reply and further pleadings and arguments submitted in support;

It appearing to the Court that the Court's prior Order ought be clarified; it is

ORDERED that the Defendant's motion to clarify is GRANTED; it is further

ORDERED that the November 19, 2020 Order granting a preliminary injunction (Dkt. 20) does not relieve the Office of the Federal Public Defender for the Middle District of Tennessee, Henry A. Martin, the Federal Public Defender for the Middle District of Tennessee, or Lisa Nouri of their legal and ethical obligations to represent Montgomery in her clemency proceeding; and it is further

ORDERED that the Office of the Federal Public Defender for the Middle District of Tennessee, Martin, and Nouri shall begin work on Montgomery's clemency application immediately, to the extent they have not already done so, and make best efforts to file a completed application by December 24, 2020.

ENTERED ON THIS _________ DAY OF ______________, 2020.

BY:________________________________
United States District Judge