## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LISA MONTGOMERY          )
                              )
           **Plaintiff,**      )
                              )
v.                           )      **No. 1:20-cv-03261-RDM**
                              )
WILLIAM P. BARR, et. al.     )
                              )
          **Defendants.**     )

## RESPONSE IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO CLARIFY ORDER GRANTING PRELIMINARY INJUNCTION

Plaintiff opposes Defendants' Emergency Motion to Clarify Order Granting Preliminary Injunction (ECF 22) because it is neither necessary nor an emergency.

This Court directed that "if both Harwell and Henry believe that they will be unable to timely file a petition without further assistance by December 24, 2020, they shall immediately apply to the U.S. District Court for the District of Missouri to appoint qualified, additional counsel or shall enlist the assistance of other attorneys working in the Office of the Federal Public Defender for the Middle District of Tennessee." (ECF 19, p. 24) The Court's order is unambiguous.

There is no basis to believe that Mrs. Montgomery's appointed counsel need be reminded of their legal and ethical obligations. All evidence is to the contrary. Appointed counsel have at all times acted to protect Mrs. Montgomery's rights under 18 U.S.C. § 3599 and will continue to do so. This Court's clear order will be scrupulously followed.

WHEREFORE, Defendants' motion should be denied.

DATED:        November 24, 2020

                                        Respectfully submitted,


                                        <u>s/ Sandra L. Babcock</u>

                                        Sandra L. Babcock
                                        Clinical Professor, International
                                        Human Rights Clinic
                                        157 Hughes Hall
                                        Cornell Law School
                                        Ithaca, NY 14853-4901
                                        Office: 607.255.5278
                                        Cellular: 312.823.2330
                                        Slb348@cornell.edu

                                        Joseph Margulies
                                        Professor of the Practice of Law and
                                        Government
                                        Cornell University
                                        Ithaca, NY 14853
                                        607.216.2289

                                        Zohra Ahmed
                                        Clinical Teaching Fellow
                                        Cornell Law School
                                        Ithaca, NY 14853
                                        415.260.9690

                                        Edward J. Ungvarsky
                                        D.C. Bar No. 459034
                                        Ungvarsky Law, PLLC
                                        114 North Alfred Street
                                        Alexandria, VA 22314
                                        Office: 571.207.9710
                                        Cellular: 202.409.2084
                                        ed@ungvarskylaw.com