**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Alec Schierenbeck of O'Melveny & Myers LLP hereby enters an appearance as pro bono counsel for Plaintiff Lisa Montgomery pursuant to LCvR 83.2(g).

DATED: December 9, 2020

Respectfully Submitted,

*/s/ Alec Schierenbeck*

Alec Schierenbeck
O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, N.Y. 10036
aschierenbeck@omm.com
212.728.5837

*Co-Counsel for Plaintiff*