**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE PURSUANT TO LCvR 83.2(g)**

I, Alec Schierenbeck, hereby certify under Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the bar of New York State.

2. I am employed by O'Melveny & Myers and represent the above Plaintiff in a pro bono matter, providing civil legal services to the indigent Plaintiff without a fee or other compensation.

3. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Meaghan VerGow, who is a member of the Bar of the United States District Court for the District of Columbia.

4. Pursuant to LCvR 83(j), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

DATED: December 9, 2020

Respectfully Submitted,

*/s/ Alec Schierenbeck*

Alec Schierenbeck

O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, N.Y. 10036
aschierenbeck@omm.com
212.728.5837

*Co-Counsel for Plaintiff*