**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**(PROPOSED) ORDER CLARIFYING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's motion to clarify and/or modify this Court's November 19, 2020 order staying Plaintiff's execution until December 31, 2020, and any opposition, reply and further pleadings and arguments submitted in support thereof, or in opposition thereto; it is hereby **ORDERED** that Plaintiff's motion to clarify is **GRANTED**. The Court hereby clarifies that:

1. The Court's November 19, 2020 stay of execution order remains in full force and effect, and expires by its own terms on December 31, 2020, at 11:59 p.m. EST.
2. The Court expects all parties to respect the Court's order, including observing all applicable federal law.
3. Because Defendants lacked authority under 28 C.F.R. § 26.3(a)(1) to designate a new execution date on November 23, 2020, the notice issued by Defendants is void.
4. Defendants (together with their respective successors in office, officers, agents, servants, employees, attorneys and anyone acting in concert with them) are enjoined from designating a new date for Plaintiff's execution until the expiration of the stay of execution entered by this Court on November 19, 2020.
5. At such time as the stay is lifted, Defendants shall comply with all applicable regulations and requirements in scheduling and noticing a new execution date, including the 20-day notice

requirement in 28 C.F.R. § 26.4.

ENTERED ON THIS _________ DAY OF ______________, 2020.

______________________________
RANDOLPH D. MOSS
United States District Judge