**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**(PROPOSED) ORDER GRANTING EXPEDITED LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Upon consideration of Plaintiff's motion for expedited leave to file a supplemental complaint under Federal Rule of Civ. P. 15(d), and any opposition, reply and further pleadings and arguments submitted in support thereof, or in opposition thereto; it is hereby **ORDERED** that Plaintiff's motion for expedited leave to file a supplemental complaint is **GRANTED**.

ENTERED ON THIS _________ DAY OF ______________, 2020.

______________________________
RANDOLPH D. MOSS
United States District Judge