UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. MONTGOMERY,<br>*Plaintiff*,<br>v.<br>WILLIAM P. BARR, *et al.*,<br>*Defendants*. | Civil Action No. 20-3261 (RDM) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Alan Simpson as counsel for all Defendants.

Dated: December 10, 2020

Respectfully submitted,

/s/ Alan T. Simpson
ALAN T. SIMPSON, Missouri Bar #65183
Special Assistant United States Attorney
District of Columbia

Assistant United States Attorney
Western District of Missouri
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
Email: alan.simpson@usdoj.gov

*Counsel for Defendants*