UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA M. MONTGOMERY,

             *Plaintiff*,

    v.                             Civil Action No. 20-3261 (RDM)

WILLIAM P. BARR, *et al.*,

             *Defendants*.

## NOTICE

Pursuant to the Court's instructions on a telephonic conference held today, December 10, 2020, Defendants hereby notify the Court and Plaintiff that Defendants do not oppose Plaintiff's Motion for Expedited Leave of Court to File a Supplemental Complaint (Dkt. 29) on any basis other than that the motion for leave is futile.

Dated:  December 10, 2020            Respectfully submitted,

                                 TIMOTHY A. GARRISON
                                 United States Attorney
                                 Western District of Missouri

                                 JEFFREY RAY
                                 Deputy United States Attorney
                                 Western District of Missouri

                                 BRIAN P. CASEY
                                 Chief, Appellate Division
                                 Western District of Missouri

                                 */s/ Alan T. Simpson*
                                 ALAN T. SIMPSON, Missouri Bar #65183
                                 Assistant United States Attorney
                                 Western District of Missouri
                                 Special Assistant United States Attorney
                                 District of Columbia

                                 – and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I caused a true and correct copy of foregoing

to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Alan T. Simpson*
Assistant United States Attorney