UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MONTGOMERY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-03261-RDM |
| | ) |
| WILLIAM P. BARR, *et. al.*, | ) |
| | ) |
|       Defendants. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the conference held in this matter on December 11, 2020, Plaintiff hereby files the Judgment issued by the United States District Court for the Western District of Missouri, entered on April 4, 2008 in the case of United States v. Lisa M. Montgomery.

DATED:   December 11, 2020

                                                Respectfully Submitted,

                                                 */s/ Sandra L. Babcock*
                                                Sandra L. Babcock
                                                Clinical Professor
                                                International Human Rights Clinic
                                                157 Hughes Hall
                                                Cornell Law School
                                                Ithaca, NY 14853-4901
                                                312.823.2330
                                                Slb348@cornell.edu

                                                Zohra Ahmed
                                                Clinical Teaching Fellow
                                                Cornell Law School
                                                Ithaca, NY 14853
                                                415.260.9690
                                                za72@cornell.edu

2

Joseph Margulies
Professor of the Practice of Law and Government
Cornell University
Ithaca, NY 14853
607.216.2289
Jm347@cornell.edu


Edward J. Ungvarsky
Ungvarsky Law, PLLC
D.C. Bar No. 459034
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

Meaghan VerGow
O'Melveny & Myers LLP
D.C. Bar No. 977165
1625 Eye Street, N.W.
Washington, DC 20006
202.383.5504
mvergow@omm.com


Alec Schierenbeck
O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, NY 10036
212.728.5837
aschierenbeck@omm.com