**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ZOHRA AHMED IN SUPPORT OF PLAINTIFF LISA MONTGOMERY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Zohra Ahmed, state and declare as follows:

1. I am a Clinical Teaching Fellow at Cornell Law School. I submit this Declaration in support of Plaintiff Lisa Montgomery's Motion for Partial Summary Judgment. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of a compendium of information about the federal executions completed or scheduled since 2019. The appendix was prepared under my supervision using publicly available information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of December, 2020 in Columbia, South Carolina.

/s/ Zohra Ahmed
Zohra Ahmed