# Exhibit One

**Federal Executions Completed or Scheduled Since 2019**

This Exhibit details the chronology of all federal executions completed or scheduled since 2019, when the Department of Justice announced it would resume executions. Each entry outlines the date the prisoner was sentenced, when post-conviction review was completed, when execution dates were scheduled, and when, if any, stays of execution were granted and lifted.

Federal executions resumed in 2020 after a seventeen-year hiatus. In 2020, the Department of Justice executed ten men. In seven of those ten cases (Daniel Lewis Lee, Lezmond Mitchell, Wesley Ira Purkey, Alfred Bourgeois, Dustin Lee Honken, Keith Dwayne Nelson, and Orlando Hall), federal courts issued stays of execution after the Department of Justice scheduled execution dates in 2019 and 2020. In each of those seven cases, the Department of Justice then designated new dates for execution, but did so only after the relevant stay had been vacated or had expired. In the case of Alfred Bourgeois, the Department of Justice set a new date after the Seventh Circuit vacated the lower court's stay, but before the mandate had issued.[1] Similarly, in the case of Lezmond Mitchell, the Department of Justice set a new date after the Ninth Circuit denied his appeal, but before the mandate had issued.[2]

---

[1] On July 25, 2019, the Government scheduled an execution date for Alfred Bourgeois for January 13, 2020. *See* Dep't of Justice, *Federal Government to Resume Capital Punishment After Nearly Two Decade Lapse* (July 25, 2019), https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse. He received two stays of execution, beginning November 20, 2019: one stay in the District Court for the District of Columbia, *see In re of Fed. Bureau of Prisons' Execution Protocol Cases*, No. 12-CV-0782, 2019 WL 6691814 (D.D.C. Nov. 20, 2019), and one in the District Court for the Southern District of Indiana, *see Bourgeois v. Warden*, No. 219CV00392JMSDLP, 2020 WL 1154575, at *6 (S.D. Ind. Mar. 10, 2020). On October 6, 2020, the Court of Appeals for the Seventh Circuit vacated Southern District of Indiana's stay of execution. *See Bourgeois v. Watson*, 977 F.3d 620, 624 (7th Cir. 2020). But the Seventh Circuit declined the Government's request to issue the mandate immediately and stayed the issuance of the mandate pending the disposition of a petition for rehearing. *Id*. at 639. On November 11, 2020, while the petition for rehearing was pending, the Department of Justice set a new execution date for December 11, 2020. The mandate eventually issued on December 1, 2020, when Mr. Bourgeois' petition for rehearing was denied. *See Bourgeois v. Watson*, No. 20-1891, 2020 WL 7038409, at *1 (7th Cir. Dec. 1, 2020).

[2] Before the Department of Justice set an execution date for Lezmond Mitchell, the Court of Appeals for the Ninth Circuit granted him a Certificate of Appealability to appeal the district court's denial of his Rule 60(b) motion. *See Mitchell v. United States*, No. 18-17031, (9th Cir. April 25, 2019) (Dkt. 10, Order). On July 25, 2019, the Department of Justice scheduled his execution for December 11, 2019. *See* Dep't of Justice, *Federal Government to Resume Capital Punishment After Nearly Two Decade Lapse* (July 25, 2019), https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse. Mitchell moved to stay the execution pending the appeal, which the Ninth Circuit granted. *See Mitchell v. United States*, No. 18-17031 (9th Cir. Sept. 9, 2019) (Dkt. 18-1, Appellant's Motion for a Stay of Execution). On April 30, 2020, the Ninth Circuit denied Mitchell's appeal and vacated the stay of execution. *See Mitchell v. United States*, 958 F.3d 775, 779 (9th Cir. 2020). On July 29, 2020, the Department of Justice set a new execution date for August 26, 2020. *See Mitchell v. United States*, 18-17031 (9th Cir. July 29, 2020) (Dkt. 47, Appellee United States' Notice Regarding Case Status and Rescheduling of Execution Date). But the Ninth Circuit's mandate had not yet issued, and would not issue until August 18, 2020. *See Mitchell v. United* States, 18-17301 (9th Cir. Aug. 18, 2020) (Dkt. 55, Mandate).

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Daniel Lewis Lee** | Sentence Imposed: 5/13/02 [1]<br><br>Post-Conviction<br>Review Completed: 10/6/2014 [2]<br><br>Execution Notice Issued: 7/25/19 [3]<br><br>Execution Scheduled For: 12/9/19 [3] | 1st Stay Issued: 11/20/19 (2019 WL 6691814) [D.D.C.]<br>1st Stay Vacated: 4/7/20 (955 F.3d 106) [D.C. Cir.]<br><br>2nd Stay Issued: 12/5/19 (2019 WL 6608724) [S.D. Ind.]<br>2nd Stay Vacated: 12/6/19 (2019 WL 6718924) [7th Cir.]<br><br>3rd Stay Issued: 12/6/19 [E.D. Ark.] (*See* 960 F.3d 1023, at 1023-24)<br>3rd Stay Vacated: 6/1/20 (960 F.3d 1023) [8th Cir.]<br><br>4th Stay Issued: 7/13/20 (2020 WL 3960928) [D.D.C.]<br>4th Stay Vacated: 7/14/20 (140 S.Ct. 2590) [4] | Execution Notice Issued: 6/15/20 [5]<br><br>Execution Scheduled For: 7/13/20 [5]<br><br>Date of Execution: 7/14/20 [6] |

1 *See United States v. Lee*, 2008 WL 4079315, at *2 (E.D. Ark. Aug. 28, 2008).
2 *Lee v. United States*, 135 S.Ct. 72 (2014).
3 https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.
4 Vacated at 2:00 a.m. EST. *See* https://www.cnn.com/2020/07/14/politics/daniel-lewis-lee-supreme-court-rule-execution/index.html.
5 https://www.justice.gov/opa/pr/executions-scheduled-four-federal-inmates-convicted-murdering-children.
6 In the early morning hours of July 14, 2020, the Government scheduled the execution for the same day. Mr. Lee was executed at 8:07 a.m. on July 14, 2020. *See* https://www.indystar.com/story/news/crime/2020/07/14/daniel-lewis-execution-indiana/5433395002/.

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Lezmond Mitchell** | Sentence Imposed: 9/15/03 [1]<br><br>Post-Conviction Review Completed: 10/3/16 (137 S. Ct. 38) [2]<br><br>Execution Notice Issued: 7/25/19 [3]<br><br>Execution Scheduled For: 12/9/19 [3] | 1st Stay Issued: 10/4/19 (2019 US App Lexis 29975) [9th Cir.] [4]<br>1st Stay Expired: 4/7/20 (958 F.3d 775) [9th Cir.] [5] | Execution Notice Issued: 7/29/20 [6]<br><br>Execution Scheduled For: 8/26/20 [6]<br><br>Date of Execution: 8/26/20 |
| | 1 *See United States v. Mitchell et al.* , Case No. 32:01-cr-01062, ECF No. 425 (D. Ariz. Sept. 15, 2003).<br>2 Denying petition for writ of certiorari.<br>3 https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.<br>4 Staying execution pending resolution of appeal.<br>5 The mandate issued on 8/18/2020. *See* Case No. 3:09-cv-08089, ECF No. 94 (D. Ariz. Aug. 18, 2020).<br>6 https://www.justice.gov/opa/pr/execution-rescheduled-federal-inmate-convicted-brutally-murdering-grandmother-and-her-nine. | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Wesley Ira Purkey** | Sentence Imposed: 1/23/04 [1]<br><br>Post-Conviction Review Completed: 10/14/14 [2]<br><br>Execution Notice Issued: 7/25/19 [3]<br><br>Execution Scheduled For: 12/13/19 [3] | 1st Stay Issued: 11/20/19 (2019 WL 6691814) [D.D.C.]<br>1st Stay Vacated: 4/7/20 (955 F.3d 106) [D.C. Cir.]<br><br>2nd Stay Issued: 7/2/20 (964 F.3d 603) [7th Cir.]<br>2nd Stay Vacated: 7/15/20 (2020 WL 3988688) [SCOTUS]<br><br>3rd Stay Issued: 7/13/20 (2020 WL 3960928) [D.D.C.]<br>3rd Stay Vacated: 7/14/20 (140 S.Ct. 2590)<br><br>4th Stay Issued: 7/15/20 (2020 WL 4032508) [D.D.C.]<br>4th Stay Vacated: 7/16/20 (140 S.Ct. 2594) [4] | Execution Notice Issued: 6/15/20 [5]<br>Execution Scheduled For: 7/15/20 [5]<br><br>Execution Notice Issued: 7/16/20 [6]<br>Date of Execution: 7/16/20 [6] |

1 *See United States v. Purkey* , Case No. 4:01-cr-00308, ECF No. 505 (W.D. Mo. Jan. 23, 2004).
2 *Purkey v. United States* , 574 U.S. 933 (2014).
3 https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.
4 Vacated at 2:45 a.m. EST. *See* https://www.washingtonpost.com/national/wesley-purkey-execution-terre-haute-supreme-court/2020/07/16/e074dbca-c75f-11ea-b037-f9711f89ee46_story.html.
5 https://www.justice.gov/opa/pr/executions-scheduled-four-federal-inmates-convicted-murdering-children.
6 In the early morning hours of July 16, after the stays were lifted, the government set a new execution date of July 16.

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Alfred Bourgeois** | Sentence Imposed: 3/25/04 [1]<br><br>Post-Conviction<br>Review Completed: 10/6/14 [2]<br><br>Execution Notice Issued: 7/25/19 [3]<br><br>Execution Scheduled For: 1/13/20 [3] | 1st Stay Issued: 11/20/19 (2019 WL 6691814) [D.D.C.]<br>1st Stay Vacated: 4/7/20 (955 F.3d 106) [D.C. Cir.]<br><br>2nd Stay Issued: 3/10/20 (2020 WL 1154575) [S.D. Ind.]<br>2nd Stay Vacated: 10/6/20 (977 F.3d 620) [7th Cir.] [4] | Execution Notice Issued: 11/20/20 [5]<br><br>Execution Scheduled For: 12/11/20 [5]<br><br>Date of Execution: 12/11/20 |
| | 1 *See Bourgeois v. United States* , Case No. 2:02-cr-00216, Brief of Respondent-Appellee, 2012 WL 2884266, at *6 (5th Cir. July 9, 2012).<br>2 *Bourgeois v. United States* , 574 U.S. 827 (2014).<br>3 https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.<br>4 Mandate issued on 12/1/2020. *See Bourgeois v. Watson* , 2020 WL 7038409 (7th Cir. Dec. 1, 2020).<br>5 https://www.justice.gov/opa/pr/executions-scheduled-inmates-convicted-brutal-murders-many-years-ago. | | |

| **Dustin Lee Honken** | **Pre-Stay Timeline** | **Stay Timeline** | **Post-Stay Timeline** |
|---|---|---|---|
| | Sentence Imposed: 10/11/05 [1]<br><br>Post-Conviction Review Completed: 10/5/15 [2]<br><br>Execution Notice Issued: 7/25/19 [3]<br><br>Execution Scheduled For: 1/15/20 [3] | 1st Stay Issued: 11/20/19 (2019 WL 6691814) [D.D.C.]<br>1st Stay Vacated: 4/7/20 (955 F.3d 106) [D.C. Cir.]<br><br>2nd Stay Issued: 7/13/20 (2020 WL 3960928) [D.D.C.]<br>2ndd Stay Vacated: 7/14/20 (140 S.Ct. 2590)<br><br>3rd Stay Issued: 7/15/20 (2020 WL 4004474) [D.D.C.]<br>3rd Stay Vacated: 7/16/20 (2020 WL 4006836) [SCOTUS] | Execution Notice Issued: 6/15/20 [4]<br><br>Execution Scheduled For: 7/17/20 [4]<br><br>Date of Execution: 7/17/20 |

1 *See Honken v. United States* , 42 F. Supp. 3d 937, 978 (N.D. Iowa 2013).
2 *See Honken v. United States* , 577 U.S. 914 (2015).
3 https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.
4 https://www.justice.gov/opa/pr/executions-scheduled-four-federal-inmates-convicted-murdering-children.

| **Keith Dwayne Nelson** | **Pre-Stay Timeline** | **Stay Timeline** | **Post-Stay Timeline** |
|---|---|---|---|
| | Sentence Imposed: 03/12/02 [1]<br><br>Post-Conviction Review Completed: 2/24/20 [2]<br><br>Execution Notice Issued: 6/15/20 [3]<br><br>Execution Scheduled For: 8/28/20 [3] | 1st Stay Issued: 7/15/20 (2020 WL 4004474) [D.D.C.]<br>1st Stay Vacated: 7/22/20 (2020 WL 6778420) [D.C. Cir.]<br><br>2nd Stay Issued: 8/27/20 (2020 WL 5061668) [D.D.C.]<br>2ndd Stay Vacated: 8/27/20 (2020 WL 5061668) [D.C. Cir.] | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: 8/28/20 |

1 *See* Nelson's Petition for Writ of Cert., https://www.supremecourt.gov/DocketPDF/19/19-5568/111729/20190808170805068_2019.08.08%20Appendix%20to%20Petition%20for%20a%20Writ%20of%20Certiorari.pdf.
2 *See Nelson v. United States* , 140 S. Ct. 1129 (2020).
3 https://www.justice.gov/opa/pr/executions-scheduled-four-federal-inmates-convicted-murdering-children.

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **William Emmett LeCroy** | Sentence Imposed: 03/11/04 [1]<br><br>Post-Conviction Review Completed: 3/9/15 [2]<br><br>Execution Notice Issued: 7/31/20 [3]<br><br>Execution Scheduled For: 9/22/20 [3] | N/A | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: 9/22/20 |
| | 1 *See United States v. LeCroy* , Case No. 2:02-cr-00038, ECF No. 417 (N.D. Ga. Mar. 11, 2004).<br>2 *See LeCroy v. United States* , 575 U.S. 904 (2015).<br>3 https://www.justice.gov/opa/pr/executions-scheduled-two-federal-inmates. | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Christopher Andre Vialva** | Sentence Imposed: 06/13/00 [1]<br><br>Post-Conviction Review Completed: 2/29/16 [2]<br><br>Execution Notice Issued: 7/31/20 [3]<br><br>Execution Scheduled For: 9/24/20 [3] | N/A | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: 9/24/20 |
| | 1 *See United States v.Vialva et al.* , Case No. 6:99-cr-00070, ECF No. 612 (W.D. Tex. June 13, 2000).<br>2 *See Vialva v. United States* , 136 S. Ct. 1155 (2016).<br>3 https://www.justice.gov/opa/pr/executions-scheduled-two-federal-inmates. | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Brandon Bernard** | Sentence Imposed: 6/13/00 [1]<br><br>Post-Conviction Review Completed: 1/19/16 [2]<br><br>Execution Notice Issued: 10/16/20 [3]<br><br>Execution Scheduled For: 12/10/20 [3] | N/A | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: 12/10/20 |
| | 1 *See United States v.Vialva et al.* , Case No. 6:99-cr-00070, ECF No. 611 (W.D. Tex. June 13, 2000).<br>2 *See Bernard v. United States* , 577 U.S. 1101 (2016).<br>3 https://www.justice.gov/opa/pr/executions-scheduled-two-federal-inmates-convicted-heinous-murders. | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Orlando Hall** | Sentence Imposed: 2/12/96 [1]<br><br>Post-Conviction<br>Review Completed: 4/16/07 [2]<br><br>Execution Notice Issued: 9/30/20 [3]<br><br>Execution Scheduled For: 11/19/20 [3] | 1st Stay Issued: 6/11/07 [4]<br>1st Stay Vacated: 9/20/20 (980 F.3d 123) [D.C. Cir.]<br><br>2nd Stay Issued: 11/19/20 [5]<br>2nd Stay Vacated: 11/19/20 (2020 WL 6798770) [SCOTUS] | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: 11/19/20 |
| | 1 *See* Pet. for Certiorari, *Orlando Cordia Hall v. Watson* , 2020 WL 6826373, at *8 (U.S. Nov. 19 2020).<br>2 *See Hall v. United States* , 127 S.Ct. 2029 (2007).<br>3 https://www.justice.gov/opa/pr/execution-scheduled-federal-death-row-inmate-convicted-murdering-child.<br>4 *See Roane v. Gonzales* , Case No. 1:05-cv-02337, ECF No. 68 (D.D.C. June 11, 2017) (granting unopposed motion for preliminary injunction).<br>5 *See Roane v. Barr* , Case No. 1:05-cv-02337, ECF No. 322 (D.D.C. Nov. 19, 2020), *aff'd sub nom. Hall v. Barr* , 2020 WL 7021500 (D.C. Cir. Nov. 19, 2020). | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Cory Johnson** | Sentence Imposed: 6/1/93 [1]<br><br>Post-Conviction<br>Review Completed: 10/3/05 [2]<br><br>Execution Notice Issued: 12/19/05<br><br>Execution Scheduled For: 5/10/06 [3] | 1st Stay Issued: 2/24/06 [4]<br>1st Stay Vacated: 9/20/20 (980 F.3d 123) [D.C. Cir.] | Execution Notice Issued: 11/20/20 [5]<br><br>Execution Scheduled For: 1/14/21 [5]<br><br>Date of Execution: N/A |
| | 1 *See* Br. of Appellant, *United States v. Corey Johnson* , 1993 WL 13035317, at *8 (4th Cir. 1993).<br>2 *Johnson v. United States,* 546 U.S. 810 (2005).<br>3 https://deathpenaltyinfo.org/stories/baze-v-rees-stays-granted.<br>4 *See Roane v. Gonzales* , Case No. 1:05-cv-02337, 2006 WL 6925754 (D.D.C. Feb. 27, 2006).<br>5 https://www.justice.gov/opa/pr/executions-scheduled-inmates-convicted-brutal-murders-many-years-ago. | | |

| | Pre-Stay Timeline | Stay Timeline | Post-Stay Timeline |
|---|---|---|---|
| **Dustin John Higgs** | Sentence Imposed: 1/3/01 [1]<br><br>Post-Conviction Review Completed: 12/10/12 [2]<br><br>Execution Notice Issued: 11/20/20 [3]<br><br>Execution Scheduled For: 1/15/21 [3] | | Execution Notice Issued: N/A<br><br>Execution Scheduled For: N/A<br><br>Date of Execution: N/A |
| | 1 *See United States v. Higgs* , 353 F.3d 281, 295 (4th Cir. 2003).<br>2 *Higgs v. United States* , 568 U.S. 1069 (2012).<br>3 https://www.justice.gov/opa/pr/executions-scheduled-inmates-convicted-brutal-murders-many-years-ago. | | |