**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **WILLIAM P. BARR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff Lisa Marie Montgomery's Motion for Partial Summary Judgment with respect to Supplemental Claims I and II of the Supplemental Complaint. Upon consideration of the motion, opposition, reply, and any further pleadings and arguments submitted in support thereof, or in opposition thereto, the Court concludes that Defendants violated 28 C.F.R. § 26.3(a)(1) and 18 U.S.C. § 3596(a) when they designated January 12, 2021 as Plaintiff's execution date.

Accordingly, pursuant to 5 U.S.C. § 702, Rule 56 of the Federal Rules of Civil Procedure, and Local Civil Rule 7(h)(2), Plaintiff's Motion for Partial Summary Judgment is **GRANTED**, and it is hereby **ORDERED** that:

1. The January 12, 2021 execution date designated for Plaintiff is hereby **VACATED**; and
2. Defendants (together with their respective successors in office, officers, agents, servants, employees, attorneys and anyone acting in concert with them) are barred from setting a new date for Plaintiff's execution earlier than January 1, 2021.

**SO ORDERED.**

Date:

___________________________________

RANDOLPH D. MOSS
United States District Judge