UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. MONTGOMERY,<br>*Plaintiff*,<br>v.<br>WILLIAM P. BARR, *et al.*,<br>*Defendants*. | Civil Action No. 20-3261 (RDM) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion to clarify and/or modify the November 19, 2020, preliminary injunction order, and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Plaintiff's motion is DENIED.

Dated: ___________________

_________________________________
The Honorable Randolph D. Moss
United States District Judge