UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA M. MONTGOMERY,

*Plaintiff*,

v.

WILLIAM P. BARR, *et al.*,

*Defendants*.

Civil Action No. 20-3261 (RDM)

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion for partial summary judgment and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Plaintiff's motion is DENIED.

Dated: _____________

_________________________________
The Honorable Randolph D. Moss
United States District Judge