UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. MONTGOMERY,<br>*Plaintiff*,<br>v.<br>WILLIAM P. BARR, *et al.*,<br>*Defendants*. | Civil Action No. 20-3261 (RDM) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In their oppositions to Montgomery's motion to clarify or modify the Court's preliminary injunction and Montgomery's motion for partial summary judgment, Defendants refer to docket entries in cases before other courts. For the convenience of the Court, Defendants attach the listed documents in the cases below:

*Mitchell v. United States*, No. 18-17031 (9th Cir.)

Dkt. 3 – Motion for Certificate of Appealability

Dkt. 10 – Order Granting Motion for Certificate of Appealability

Dkt. 26 – Order Staying Execution

Dkt. 47 – Letter Rescheduling Execution

Dkt. 48 – Motion to Enforce Stay and Strike Execution Date

Dkt. 49 – Response to Motion

Dkt. 52 – Order Denying Motion

Dkt. 55 – Mandate

*Bourgeois v. Watson*, No. 20-1891 (7th Cir.)

Dkt. 54 – Letter Rescheduling Execution

Dkt. 55 – Rule 28(j) Letter

Dkt. 56 – Order Denying Rehearing En Banc

*Bourgeois v. Watson*, No. 19-cv-392 (S.D. Ind.)

Dkt. 37 – Order Vacating Stay

Dated: December 18, 2020

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
J. BENTON HURST, D.D.C. Bar #MO009
DAVID WAGNER
Assistant United States Attorneys
Western District of Missouri
Special Assistant United States Attorneys
District of Columbia

– and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Alan T. Simpson*
Assistant United States Attorney