UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA M. MONTGOMERY,
*Plaintiff*,
v.
WILLIAM P. BARR, *et al.*,
*Defendants*.

Civil Action No. 20-3261 (RDM)

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby notice as supplemental authority the following sections of the *Justice Manual*: 9-10.190, 9-10.200, and 9.10-210, which were added on December 18, 2020. These sections are included in Attachment A and also available online at https://www.justice.gov/jm/jm-9-10000-capital-crimes.

Dated: December 23, 2020

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
J. BENTON HURST, D.D.C. Bar #MO009
DAVID WAGNER
Assistant United States Attorneys
Western District of Missouri
Special Assistant United States Attorneys
District of Columbia

– and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Alan T. Simpson*
Assistant United States Attorney