81

CRIMINAL DOCKET 7 -- 6031
UNITED STATES DISTRICT COURT

D. C. Form No. 100A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES<br>*vs.*<br>Victor Harry Feguer. | *For U. S.:*<br>F. E. Van Alstine,<br>United States Attorney.<br><br>*For Defendant:*<br>Paul L. Kildee,<br>609 1st Natl. Bldg.,<br>Waterloo, Iowa.<br><br>Frederick G. White,<br>611 Marsh Place Bldg.,<br>Waterloo, Iowa. |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 2 mailed 8-3-60 | Clerk | | | | | |
| J.S. 3 mailed 4-5-61 | Marshal | $111.30<br>108.00 | | | | |
| Violation Kidnapped person not liberated unharmed. | Docket fee | | | | | |
| Title 18 | | | | | | |
| Sec. 1201 (a) | | | | | | |

| DATE 1960 | PROCEEDINGS |
|---|---|
| July 25 | Filed United States Attorney's motion for commitment of Victor Harry Feguer to U. S. Medical Center for custodial care and examination as to mental condition.<br>Filed Order of Court granting said motion. |
| Aug. 9 | Filed Indictment with Order thereon that defendant be held in custody without bail pending disposal of Indictment. (OB-1-280)<br>Filed Record of Foreman of Grand Jury. |
| Aug. 23 | Filed Order on Arraignment. (OB-1-293)<br>Attested copies of above Order mailed to U. S. Attorney and to defend[ant] |
| Aug. 26 | Filed Order for continuation of arraignment. (OB-1-297)<br>Attested copies of above Order mailed to U.S.Attorney and to defendant copy delivered to U.S.Marshal. |

234

Docket 7- 6031

| DATE 1960 | PROCEEDINGS |
|---|---|
| ıg.29 | Filed certified shorthand notes of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. |
| ›pt.1 | Filed Order on Arraignment and Plea September 1, 1960. (OB-1-300). |
| ›t. 2 | Filed attested copy of Order of August 26, 1960 on Arraignment, with Marshal's return thereon. Filed Order as to Assistance of counsel for defendant. (OB-1-302). |
| ›t. 3 | Attested copies of last two above noted Orders mailed special delivery to defendant c/o Sheriff, Blackhawk County, at Waterloo; and two such copies mailed U.S.Attorney, Sioux City. |
| ›t. 1 | Filed Order under the provisions of Section 4244, Title 18, United States Code as to defendant's capability of understanding nature of proceedings and mental competency to assist in his own defense. (OB1-300½). |
| ›t. 8 | Attested copies of above Order mailed to F.E. Van Alstine, U.S.Atty., Sioux City, Iowa; and to defendant, c/o Sheriff, Black Hawk County, Iowa, Waterloo, Iowa. |
| :. 9 | Filed Order as to Assistance of Counsel, and appointing Paul L. Kildee, as said counsel. (OB-1, p. 304) |
| :.10 | Attested copies of above Order mailed this date to F.E. Van Alstine, U.S.Attorney, Sioux City, Iowa; Paul L. Kildee, First Nat'l. Bldg., Waterloo, Iowa; to Deft., c/o Sheriff, Black Hawk County, Iowa; to Sheriff, Black Hawk County, Iowa, Waterloo, Iowa; and copy delivered to Clement H. Crahan, U. S. Marshal, Dubuque, Iowa. |
| .. 13 | Filed certified shorthand notes of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo, September 1, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo, September 1, 1960. |
| ›t.15 | Filed Application of Paul L. Kildee for appointment of Frederick G. White as additional counsel for defendant. |
| pt.16 | Filed Order appointing Frederick G. White of Waterloo, Iowa, as counsel to assist Paul L. Kildee. (OB1-308). |
| pt.17 | Attested copies of above Order mailed this date to F.E.Van Alstine, U.S. Attorney, Sioux City, Iowa; Paul L. Kildee, First Natl.Bldg., Waterloo, Iowa; Frederick G. White, 611 Marsh Place Bldg., Waterloo, Iowa; Sheriff, Black Hawk County, Iowa, Waterloo, Iowa; and to Victor Harry Feguer, c/o Sheriff, Black Hawk County, Iowa. |
| ›t.30 | Filed Plaintiff's motion requesting appointment of psychiatrists, re Rule 28, F.R.C.P. |
| :. 5 | Filed Order fixing October 15, 1960, for hearing on appointment of expert witnesses under Rule 28, FRCP., (OB-1-315) and mailed |

| DATE 1960 | PROCEEDINGS |
|---|---|
| | attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Oct. 15 | Filed record entry of appearance of counsel for Defendant. (OB1-318) |
| | Filed Order assigning case for jury trial at Waterloo, January 9, 1961. (OB1-319); and mailed attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed Order on appointment of Richard A. Stamm, M.D., Staff Psychiatrist at Medical Center for Federal Prisoners, Springfield, Missouri, as an expert witness under Rule 28 (OB1-320); and mailed attested copies to F. E. Van Alstine, U.S.Attorney; Paul L. Kildee, attorney for defendant; the defendant; Richard A. Stamm, M.D., and Clement W. Crahan, U. S. Marshal. |
| Oct. 18 | Filed Government's Motion to advance trial date from 1-9-'61 to 10-31-'60; with certificate of service attached. |
| Oct. 19 | Filed Defendant's Motion for Issuance of Subpoenas and mailed copy to U.S.Attorney. |
| Oct.25 | Filed certified shorthand notes of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate drawer.) |
| | Filed transcript of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate envelope.) |
| Nov. 10 | Filed Order as to Matter of Trial and Related Matters.(OB1-349) |
| | Filed Order granting Motion of Defendant for Issuance of Subpoenaes for Witnesses under Rule 17(B), FRCP. (OB1-350) |
| | Attested copies of above Orders mailed to F.E.Van Alstine,U.S.Attorney counsel for defendant; and to defendant, c/o Dr. Richard A.Stamm, Medical Center for Federal Prisoners, Springfield, Missouri. |
| Dec. 14 | Filed copy of letter from Hon. Henry N. Graven, Judge, to Warden, Medical Center for Federal Prisoners, Springfield, Mo., advising it will be satisfactory to have defendant remain at Medical Center until 1-9-61. |
| 1961 Jan. 12 | Filed Order as to time for making pretrial motions by the defendant. OB 1 P 389 |
| Jan. 13 | Filed attested copy of Order on Appointment of Expert Witness with Marshal's return thereon showing defendant delivered to Medical Center for Federal Prisoners at Springfield, Mo. on October 25, 1960, and returned to Waterloo, Iowa, on Jan.11,1961. |
| Jan. 20 | Filed Defendant's Motion to Suppress Evidence. |
| | Filed Defendant's Motion for Return of Property and to Suppress Evidence. |
| Jan. 28 | Filed Defendant's Amendment to Motion for return of property and to Suppress Evidence. |
| | Filed Defendant's Motion for Discovery and Inspection. |
| | Filed Order fixing February 9, 1961 for hearing on Motions and Order relating to production of witnesses at said hearing.(OB1-40' |

Docket 7 -- No. 6031

| DATE 1961 | PROCEEDINGS |
| --- | --- |
| an. 28 | Attested copy of preceding Order delivered to U.S.Attorney; and attested copies mailed to Mr. Paul L. Kildee and Mr. Frederick G. White, Waterloo, Iowa, counsel for defendant. |
| b. 9 | Filed Defendant's Motion to exclude persons from hearing and to sequester Witnesses.<br>Filed Defendant's Motion for hearing to determine mental competency to stand trial of defendant.<br>Filed Order granting permission for sequestration of witnesses at hearing and denying balance of motion. (OB1-425) |
| b. 10 | Filed Government's Exhibits A, B, C, and D, and Defendant's Exhibits 1 and 2.<br>Filed Order fixing February 20, 1961, at Waterloo, for hearing on matter of mental competency of defendant to start trial.(OB1-427)<br>Filed Order as to submission of motions for return of property and to suppress evidence. (OB1-428)<br>Attested copies of each of above Orders mailed to U.S. Attorney and to counsel for defendant: Paul L. Kildee and Frederick G. White, Waterloo, Iowa. |
| b. 20 | Filed Order ruling on motion of defendant to suppress evidence.(OB1-436)<br>Filed Order ruling on motion of defendant, as amended, for return of property allegedly obtained by unreasonable search and seizure and suppression of same for use in evidence at trial.(OB1-437)<br>Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant.<br>Filed defendant's Motion to exclude persons from hearing on matter of mental competency of defendant. (OB1-438)<br>Filed Order denying defendant's Motion to exclude persons from hearing on mental competency of defendant.(OB1-438)<br>Filed Order directing that court copy of transcript of hearing held February 9 and 10, 1961, be made available to defendant and his attorneys. (OB1-439)<br>Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant.<br>Filed Order ruling on competency of defendant to stand trial(OB1-440)<br>Filed Order fixing March 1, 1961, at 10:00 o'clock a.m., at Waterloo, Iowa, for commencement of trial with jury. (OB1-441)<br>Filed Order ruling on motion of Defendant for Discovery and Inspection. (OB1-442)<br>Filed Order as to furnishing Defendant with List of Witnesses; and List of Veniremen to Defendant and to Government. (OB1-443)<br>Attested copies of each of above Orders mailed to U.S.Attorney and to counsel for defendant. |
| eb. 23 | Filed Notice of defendant's intention to interpose defense of insanity at trial.<br>Filed defendant's Motion for Issuance of Subpoenas.<br>Filed Plaintiff's resistance to motion of Defendant seeking production of witnesses at Government expense, with Certificate of Service attached.<br>Filed List of Government Witnesses.<br>Copy of List of Government Witnesses mailed to counsel for defendant, from Sioux City. |

237

| DATE 1961 | PROCEEDINGS |
|---|---|
| Feb. 24 | Filed Amendment to List of Government Witnesses.<br>Filed Second Amendment to List of Government Witnesses.<br>List of Government Witnesses mailed to defendant's counsel from Sioux City.<br>Filed Order granting motion of defendant to have defendant's witnesses subpoenaed at expense of government. (OB1-451). |
| Feb. 25 | Attested copies of above Order mailed to U.S.Attorney and to Messrs. Paul L. Kildee and Frederick G. White.<br>Filed Court Reporter's Transcript of February 9 and 10, 1961 hearing on defendant's motions. (In separate envelope).<br>Filed Court Reporter's shorthand notes of February 9 and 10, 1961 hearing. (In separate drawer).<br>Filed Court Reporter's Transcript of February 9, 1961 hearing in Chambers. (In separate envelope). |
| Feb. 24 | Filed Plaintiff's Motion to produce Jack Howard Hale as a witness for the Court, with Certificate of Service attached.<br>Filed Plaintiff's application for Writ of Habeas Corpus Ad Testificandum.<br>Filed Order to Produce Jack Howard Hale as a witness for the Court. (OB1-452)<br>Filed Order for issuance of Writ of Habeas Corpus Ad Testificandum. (OB1-453) |
| Feb. 25 | Issued Writ of Habeas Corpus Ad Testificandum. |
| Feb. 26 | Delivered original and 3 copies of Habeas Corpus Ad Testificandum to C. H. Meek, Chief Deputy U.S.Marshal, for service. |
| Feb. 27 | Attested copies of Orders to Produce Jack Howard Hale as a witness and for issuance of Writ of Habeas Corpus Ad Testificandum, and Lists of Government Witnesses mailed to Paul L. Kildee and Frederick G. White. |
| Feb. 28 | Filed Order as to Exclusion of Witnesses at Trial. (OB1-456)<br>Attested copies delivered to United States Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1) to ) Mar.12) (inc.) | Entered record entry of jury trial proceedings. (Clerk's Minutes, pages 18 to 23, inc.) |
| Mar. 1 | Filed Challenge Sheet. |
| Mar. 1 | Filed Order for segregation of jury and directions in connection therewith. (OB1-465) |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1 | Filed Record as to Compliance by the Government with Order of Court granting motion of defendant for discovery and inspection. (OB1-466) |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1 | Record as to place of trial and geographical locale of jury panel. (OB1-467) |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| ar. 2 | Filed Opinion and Findings as to suppression of evidence.(OB1-472)<br>Filed Defendant's Motion for issuance of subpoenas.<br>Filed Order as to issuance of subpoenas for witnesses of the defendant at expense of Government. (OB1-473)<br>Attested copies of above Order delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to records pertaining to defendant at the Southern Michigan Penitentiary, Jackson, Michigan. (OB1-474)<br>Attested copy of above Order mailed to Mr. W. H. Bannan, Warden, Southern Michigan Penitentiary, Jackson, Michigan; and attested copies delivered to U.S.Attorney, Mr. Paul L. Kildee, and Mr. Frederick G. White. |
| ar. 3 | Filed Supplemental Order as to issuance of subpoena to Darrell Sudcliffe at expense of the Government. (OB1-478)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to guarding of Defendant while in Courtroom and other matters connected with his custody. (OB1-479) |
| ar. 4 | Issued subpoenas for the following, and delivered same with copy to U.S.Marshal for service:<br>Mr. Gordon Iacovinni, Southern Michigan State Penitentiary, Jackson, Michigan; Dr. Herbert Thomas, Southern Michigan State Penitentiary, Jackson, Michigan; Dr. David P.Phillips, Southern Michigan State Penitentiary, Jackson, Michigan; Gilda Shellow, 2641 North Lake Drive, Milwaukee, Wisconsin; Mrs. Eleanor Beffel, 4123 West Lisbon, Milwaukee, Wisconsin; Dr. Richard A. Stamm, Medical Center for Federal Prisoners, Springfield, Missouri; Charles Feguer, 751 North Dearborn, Chicago, Illinois; Harold Albaugh, 9615 Meridian Road, Bannister, Michigan; Mrs. Harold Albaugh, 9615 Meridian Road, Bannister, Michigan; Everett Glaser, 106 Flora, St. Johns, Michigan; and Mrs. Martha O'Leary, 3731 Garfield, Milwaukee, Wisconsin.<br>Filed Order denying motion of defendant for subpoenaing of Dr. Joseph Sturgell and Dr. Russell Settell under Rule 17(b) of FRCP. (OB1-482)<br>Filed Ruling and Findings on motion of defendant to suppress for use in evidence certain exhibits. (OB1-483)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 6 | Filed Order cancelling subpoena for appearance of Mrs. Eleanor Beffel. (OB1-485)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee, and to Mr. Frederick G. White.<br>Filed record as to subpoenaing of Dr. David P. Phillips.(OB1-486)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to the matter of the records pertaining to defendant at Southern Michigan Penitentiary, Jackson, Michigan.(OB1-487)<br>Attested copy of above Order delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed certified notes of Dennis E.Quinn, Official Court Reporter, taken at hearing at Waterloo on February 20, 1961. |

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar. 7 | Filed record of Victor Harry Feguer, No. 77223, State Prison of Southern Michigan, received from W. H. Bannan relative to compliance with Court Order of March 6, 1961 - 4 volumes and letter of transmittal.<br>Filed non-jury exhibit No. 1200 (Confession of July 20, 1961) delivered to Carl V. Riley, Clerk, in sealed envelope, after having been made available to defendant and his attorneys at March 7, 1961, hearing held in absence of jury. (Signed Henry N. Graven, United States District Judge.)<br>Filed Order terminating subpoena for Dr. David P. Phillips.(OB1-489)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed procedure proposed by the Court in connection with Court appointed expert witness, Dr. Richard A. Stamm.(OB1-490)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Defendant's Motion for Acquittal.<br>Filed Order denying Defendant's Motion for Acquittal.(OB1-493)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Findings and Rulings on Incriminatory Statements alleged to have been made by defendant. (OB1-497)<br>Attested copies of above Findings and Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Supplement as to procedure proposed with Court appointed witness, Dr. Richard A. Stamm. (OB1-495)<br>Attested copies of above Supplement delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Defendant's Requested Instructions.<br>Filed Rulings on requested instructions presented to the Court on March 9, 1961, at 8:45 a.m. (OB1-498)<br>Attested copies of above Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G.White. |
| Mar. 10 | Filed Order as to Arguments to the Jury. (OB1-500)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order overruling Motion of Defendant for Judgment of Acquittal at the end of all the evidence. (OB1-501)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order relating to the taking of exceptions to the instructions. (OB1-502)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr.Frederick G. White. |
| Mar. 11 | Filed Record as to exceptions to the instructions to the jury.(OB1-504<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Jury inquiry re Feguer statement to F.B.I. concerning Alex De Purée. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| ar. 11 | Filed memo from jury stating they did not desire testimony read back at this time.<br>Filed transcript of Hearing at Waterloo,Iowa, on February 20, 1961.<br>Filed Answer of Court to question of jury, with notation of Foreman of Jury desiring testimony read by Reporter.<br>Filed Record as to Impaneling of Jury. (OB1-505)<br>Filed Supplemental Ruling on Competency of Defendant to Stand Trial. ((<br>Attested copies of above Ruling delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 12 | Filed Court's Instructions to the Jury.<br>Filed Verdict Sheet.<br>Filed Record as to Trial and Return of Verdict. (OB1-508)<br>Attested copies of above Record delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed List of Exhibits. (See No. 104 on File) |
| ar. 13 | Filed letter of transmittal returning Record file on defendant to State Prison of Southern Michigan, with Certificate of Clerk attached.<br>Filed Judgment and Sentence. (OB1-510) Judgment: Death.<br>Three attested copies of Judgment and Sentence furnished U.S.Marshal.<br>One attested copy of Judgment and Sentence furnished to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Defendant's Motion for Leave to Appeal in Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense.<br>Filed Defendant's Affidavit of Poverty.<br>Filed Order Allowing Appeal In Forma Pauperis. (OB1-511)<br>Filed Notice of Appeal to U.S.Court of Appeals, Eighth Circuit, from Judgment, Sentence and Verdict.<br>Filed Order Granting Defendant's Motion for Furnishing Transcript at cost of United States. (OB1-512) |
| ar. 14 | Filed Order as to the Custody of the Defendant. (OB1-514)<br>Three attested copies of Order as to the Custody of the Defendant furnished to U.S.Marshal.<br>Copy of Defendant's Motion for Leave to Appeal In Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense, Defendant's Affidavit of Poverty, attested copy of Order Allowing Appeal In Forma Pauperis, copy of Notice of Appeal, and attested copies of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and Order as to Custody of Defendant, mailed to U.S.Attorney.<br>Attested copy of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and of Order as to Custody of Defendant, mailed to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant. |
| ar. 16 | Filed Writ of Habeas Corpus Ad Testificandum for production of Witness Jack Howard Hale with Marshal's return thereon. |
| ar. 20 | Filed attested copy of Order as to Custody of Defendant with Marshal's return thereon showing defendant delivered to U.S. Penitentiary at Leavenworth, Kansas on March 16, 1961. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar.22 | Filed Application of Mr. Paul L. Kildee and Mr. Frederick G. White to be discharged as attorneys for defendant. |
| Mar.28 | Filed Court Reporter's transcript of hearing on March 10, 1961, of additional evidence on original motion on competency of defendant to stand trial. |
| Apr.17 | Filed Order of Circuit Court of Appeals appointing Messrs. Paul L. Kildee and Frederick G. White, Waterloo, Iowa, to represent appellant on appeal, and ordering that counsel for appellant may have 40 days from the date of filing of trial transcript in District Court in which to serve and file five copies of their brief with the Circuit Court. Attested copies of above Order mailed to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| May 22 | Filed shorthand notes of Official Court Reporter of proceedings at trial commencing March 1, 1961. Filed transcript, in duplicate, of proceedings at trial. Mailed original transcript to Mr. Paul L. Kildee, of counsel for defendant. |
| June 1 | On authorization of Judge Henry N. Graven, mailed to Mr. Frederick G. White, of counsel for defendant, duplicate copy of transcript of trial proceedings, and original transcripts of the following: hearing on October 15, 1960, hearing in Chambers February 9, 1961, hearing on motions of defendant February 9 and 10, 1961, hearing on February 20, 1961, and hearing on motion March 10, 1961. |
| July 15 | Filed Order for Delivery of Exhibits to Circuit Court of Appeals. OB2 P Attested copies of above Order mailed to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. OB2 P 52. |
| Aug. 25 | Filed copy of Order from U.S.Court of Appeals for the 8th Circuit, dated 8-8-61 directing Clerk of this Court to retain certain designated exhibits until further direction from the CCA or the disposition of Appeal. |
| 1962 10-19 | Filed Mandate issued October 18, 1962 by Court of Appeals, Eighth Circuit, affirming as of April 16, 1962 the Judgment and Sentence of this Court entered on March 13, 1961. OB2 P 310 |
| 10-23 | Attested copy of Mandate mailed to Mr. Donald E. O'Brien, U. S. Attorney; and to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant. |
| 10-25 | Copy of Mandate mailed to Hon. Henry N. Graven, Senior U. S. District Judge, Greene, Iowa. |
| 10-31 | Filed at Cedar Rapids Defendant's Application for Stay of Enforcement and Execution of Judgment and Sentence, to which is attached Defendant's Application for Executive Clemency. |
| 11-2 | Filed Order as to Execution of Judgment and Sentence, and Order as to Motion for Stay; subject to interposition of executive clemencey, said imposed death sentence by hanging scheduled for January 15, 1963 at approximately 5:30 a.m. at Iowa State Penitentiary at Fort Madison, Iowa. OB2 P. 323 |
| 11-2 | Three attested copies of Order as to Execution delivered to U.S.Marshal, Dubuque; Attested copies mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant, and to Defendant, c/o Warden, U.S. Penitentiary, Leavenworth, Kansas. |

Docket 7 - 6031

| DATE 1963 | PROCEEDINGS |
|---|---|
| 1-2 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on February 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa xxxFebruaryxx15xx1963 at approximately 5:30 a.m., instead of January 15, 1963 as previously set. (OB 2, P. 358) |
| 1-7 | Three attested copies of Order changing date for execution of death sentence of Defendant delivered to United States Marshal at Dubuque; attested copies mailed to Mr. Donald E. O'Brien, U. S.Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U.S. Penitentiary,Leavenworth, Kansas. |
| 2-1 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on March 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa at approximately 5:30 a.m., instead of February 15, 1963 as previously set. (OB 2, P. 377 ) |
| 2-5 | Three attested copies of above Order delivered to United States Marshal at Dubuque; attested copies of Order mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Fredrick G. White both of Waterloo, Iowa; counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U. S. Penitentiary, Leavenworth, Kansas. |
| 3-19 | Filed Marshal's Return as to execution of Judgment and Sentence as to Defendant, Victor Harry Feguer, said execution carried out on March 15, 1963 at the State Penitentiary, Fort Madison, Iowa; with signatures of witnesses to said execution of Judgment and sentence of said Defendant. |
| 3-22 | Filed Application of Donalde E. O'Brien/ U. S. Attorney for Court Order for disposition of 300 items of evidence. Filed Order for disposition of items of personal property and other evidence, including the murder weapon. (EJMcM.) OB2 P.403 |
| 3-25 | Attested copy of above Order mailed this date to Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa. |
| 1966 | |
| 3-2 | Filed Application of Plaintiff for Order as to Disposition of Exhibits. Filed order entered 2-28-66 as to disposition of Exhibits. (OB 5, P. 3) |
| 3-30 | Filed Affidavit as to Destruction of Certain Exhibits pursuant to Court Order. |

United States Court of Appeals
For The Eight Circuit

Vitor Harry Figueroa,
Appellant.

Docket No. 16739

United States Of America,
Appellee.

Affidavit Of Service

Ecce Homo, Vitor Harry Figueroa, appellant in the above intitled cause, stating that he is a citizen of the United States of America, and by virtue of that fact he is exerting his Civil and Constitutional rights in accordance with Statutory Law and the decision of the Supreme Court of the United State of America in this proceeding.

Vitor Harry Figueroa
Acting,
In Proper Person

2

FILED
APR 18 1961
ROBERT C. TUCKER
CLERK

United States Court [illegible]
For The [illegible] Circuit

Vitor [illegible] [illegible],
Appellant.

Docket No. 16739

Vs.

United States Of America,
Appellee.

Motion For Dismissal Of Appeal

Ecce homo, Vitor Harry [illegible], requesting the above entitled Court to dismiss the Docketed Appeal, now pending further litigation, by reason of Appellants inability to proceed at this time, without prejudice to Appellants intention and right to continue this proceeding when circumstances permit.

Prior correspondence directed to this Court will, of necessity, have to serve as an annexation to this motion, in so far as definite reasons for Appellants Motion before this Court.

Appellant moves this Court [illegible] [illegible]

United States Court of Appeals
For The Eight Circuit

all further proceedings in this case in abeyance, without prejudice or discrimination directed toward Appellant or the causes at issue in this case.

Victor Harry Feguer
Petitioner
In Proper Person

FILED
SEP - 1961
ROBERT C. TUCKER
CLERK

# APPEARANCE

# United States Court of Appeals

FOR THE EIGHTH CIRCUIT

No. 16739

Victor Harry Feguer,

Appellant,

vs.

United States of America.

The Clerk will enter my appearance as Counsel for the Appellee

Donald E. O'Brien
Donald E. O'Brien
United States Attorney

F. E. Van Alstine
F. E. Van Alstine
Special Assistant
United States Attorney

P. O. Address: P. O. Box 1138
U.S. Post Office & Courthouse
Sioux City 2, Iowa

NOTE.—Individual and not firm names should be signed, and post-office address added.

1961, to file brief.)

LAW OFFICES
KILDEE, KEITH, GALLAGHER & LYBBERT
609 FIRST NATIONAL BUILDING
WATERLOO, IOWA

PAUL L. KILDEE
E. F. KEITH
EDWARD J. GALLAGHER, JR.
L. D. LYBBERT

D. QUINN MARTIN

BOX 2507
STATION A
TELEPHONE
ADAMS 3-3551

June 19, 1961

FILED
JUN 21 1961
ROBERT C. TUCKER
CLERK

Robert C. Tucker
United States Court of Appeals for
the Eighth Circuit
St. Louis 1, Missouri

Re: No. 16739, Victor A. Feguer vs. United States of America

Dear Mr. Tucker:

Upon receipt of your letter of June 16, I met with Mr. Frederick White and we decided that we would have our brief on file in the above entitled matter not later than July 31, 1961, and we would appreciate your obtaining an order of court to this effect.

Very truly yours,

KILDEE, KEITH, GALLAGHER & LYBBERT

By: [signature]

PLK:dw



Wirephoto (AP)

## New Marshal

Covell H. Meek, 57, of Dubuque was named by President Kennedy Monday to be U. S. marshal for the northern district of Iowa. He has served as chief deputy in the marshal's office since 1943.

## Feguer Moved Back to Iowa

FORT MADISON, Ia.—Victo Feguer, scheduled to han March 15 for the kidnap slay ing of a Dubuque physician Tuesday was to be transferre from Fort Leavenworth, Kan. t the Iowa State Penitentiary a Fort Madison.

Feguer lost a bid for presi dential clemency, ending a tw year series of appeals. He wa convicted of killing Dr. Edwar R. Bartels in July, 1960 afte luring him from his home on pretended emergency call.

Escorting Feguer to Fort Mad ison for his execution wer U. S. Deputy Marshal Walte Broughton and another feder guard.

*Where To F…*

### Legs, Arms Chained

## Feguer Quiet on Trip Back to Iowa Prison

By T-H STAFF WRITER

Victor Feguer, looking unconcerned about w lay ahead of him, took his last ride Tuesday—to Iowa State Penitentiary at Fort Madison.

Feguer, sentenced to hang March 15 for the kidnap-slaying of Dubuque physician, Dr. Edward R. Bartels, was escorted by U. S. Deputy Marshal, Walter Broughton, and special guard, Bernard Skahill.



V. Feguer

The two guards picked Feguer up at Fort Leavenworth, Kans., site of the U.S. penitentiary, at 5:30 a.m. Tuesday.

"Feguer was dressed in a gray suit. He looked healthy and as if he had put on a little weight," Broughton said.

Broughton searched Feguer at Leavenworth and then put on the "irons." Feguer was handcuffed and the handcuffs were linked to an iron chain around his waist. Leg irons or "oversized handcuffs" clamped on his ankles.

The 325-mile trip to Madison took about 6½ h The condemned man didn't much. When he did talk it mostly about the weathe freezing rain fell during trip) or the roads. He d talk about his coming e tion, nor did he show, emotion, according to Bro ton.

**Skahill sat in the back with the manacled Feg while Broughton drove. stops were made for foo**

The three men arrive Fort Madison about 1 p.m. day. There they were me the prison turnkey.

Feguer got out and searched.

His gray civilian suit wa changed for prison fatigue He was taken to a sp cell to await execution.

3/6/63

Box 316
Ft. Madison, Iowa
52627

**WARDENS OFFICE**

STATE OF IOWA
I.S.P.
1839

(319) 372-5432
Ext. 201

**IOWA STATE PENITENTIARY**

*From the desk of:*
*Ramona Sandzock*

5-5-92

Mr. Jonker...

Enclosed is basically all the material we had on Victor Feazel. Hope it is helpful

Ramona Sandzock

2/8/15 2

STATE OF IOWA
DEPARTMENT OF PUBLIC SAFETY
# BUREAU OF CRIMINAL INVESTIGATION
## IDENTIFICATION DIVISION

STATE OFFICE BUILDING MAR 7 - 1963 DES MOINES, IOWA

FBI - 809 645 A

The following is a transcript of the record, including the most recently reported data, as shown in the files of this Bureau concerning Iowa Bureau Number A-130 453

FPC: 16 I 5 R 1M Ref: 5
0 18 Ar 6 26

RE: FEGUER, VICTOR HARRY -
NEWMAN, SAM -

| Arrested or Received | Name and Number | Contributor of Fingerprints | Charge | Disposition |
|---|---|---|---|---|
| As Victor Harry Feguer #77223-J SRef., Ionia, Mich. 7-3-52 transferred to SP, Jackson, Mich. as medical, #77223J, Disch on Max. 4-14-60 on chg. of B & E night. (Notation from Mach. Rec.) | | | | |
| 4-28-51 | *Victor H. Ferguer #-- | SO, St. Johns, Mich. | B & E in night time UDAA | 2½-15 B&E May 1st 1-5 UDAA So Mich. Pr. |
| 5-8-51 | *Victor Harry Feguer #77223J | Rec. SP of Southern Mich, Jackson, Mich. | (1) B & E Night (2) UDAA | (1) 2½ to 15 yrs (2) 1 to 5 yrs 9-11-51 trans to Ionia Refty. 8-19. paroled to Lansing Mich. |
| 11-23-55 | *Victor H. Feguer #4447 | PD, Owosso, Mich. | UDAA | sent to 1 to 2 yrs Jackson Pr 3-5 |
| 11-26-55 | *Victor Harry Feguer #728 | SO, Corunna, Mich | U.D.A.A. | |
| 3-7-56 | *Victor Feguer #B77223 | Rec. SP, Jackson, Mich. | UDAA | 1 to 5 yrs 9-19-56 rel on cou order |

otations indicated by * ARE NOT BASED ON FINGERPRINTS IN BCI files.

For completion of our records, please supply dispositions to this Bureau in any of the foregoing cases where they do not appear. Please refer to the Iowa Bureau number when submitting dispositions.

Form 3-IDPS-CI This record is furnished for official use only

Cell House 91 Range 12

Cell 1

**Nº 28105**

Name Victor H. Fueger

Admitted Feb. 5, 1963

Crime Kidnapping

Sentence Death

County Federal

Age 26

Occupation Accountant

Color White

Civil Condition Single

Children None

Education 6th

Religion Catholic

Habits Temperate

Blood Test Negative

Expiration




Released By Parole:

Returned from Parole:

Previous Record:

Jackson, Mich.

Trans. to Anamosa

Rec'd from Anamosa:

OCTOBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

Victor Tueger
Burial 3-15-1963
Oakland City Cemetery
79. Madison
Lot 57 Block F.



No. [illegible] Name Victor Harry Feguer

Alias None Age 27

County Federal Color White

Crime Kidnapping

Sentence Death Admitted March 5, 1963

Religion Catholic Occupation Accountant

Civil Condition Single Children None

Education 6th Habits Temperate

Date of Expiration To be executed on March 15, 1963

F-56

**IOWA STATE PENITENTIARY**

**JOHN E. BENNETT**

**Fort Madison, Iowa**

March 15, 1963

This is to certify that we have witnessed the death of Victor Harry Feguer, #28105 on this 15th day of March at 5:40 A.M/

Frank L. Poepsel M.D.
Frank L. Poepsel, M.D.

H.B. Helling MD
H. B. Helling, M.D.

COPY

THE WHITE HOUSE

WASHINGTON

February 20, 1963

MEMORANDUM FOR

The Attorney General

SUBJECT: Victor Harry Feguer -- Petition for Commutation of Death Sentence

I have reviewed your letter of January 21 regarding the application for clemency in behalf of Mr. Feguer. Taking all factors into account, it is my decision that the petition should be and is hereby denied.

/s/ J. F. Kennedy

| DOMESTIC SERVICE | |
|---|---|
| Check the class of service desired; otherwise this message will be sent as a fast telegram | |
| TELEGRAM | |
| DAY LETTER | |
| NIGHT LETTER | |

$
S
E

# WESTERN UNION
## TELEGRAM

W. P. MARSHALL, PRESIDENT

1206 (4-55)

| INTERNATIONAL SERVICE | |
|---|---|
| Check the class of service desired; otherwise the message will be sent at the full rate | |
| FULL RATE | |
| LETTER TELEGRAM | |
| SHORE-SHIP | |

| NO. WDS.-CL. OF SVC. | PD. OR COLL. | CASH NO. | CHARGE TO THE ACCOUNT OF | TIME FILED |
|---|---|---|---|---|
| | | | | |

*Send the following message, subject to the terms on back hereof, which are hereby agreed to*

March 15, 1963
Fort Madison, Iowa

Board of Control
State Office Building
Des Moines, Iowa

Victor Harry Feguer, #28105, executed in accordance with the Federal law, Time of Death: 5 40 a. m.

John E. Bennett, Warden
Iowa State Penitentiary

Sent 5:50 a m,
hp (B

F-1

OFFICE OF THE RECORD CLERK

Warden
Deputy Warden
Cashier
Night Captain
Storeroom
Mail Room

March 15, 1963

#28105, Victor Harry Feguer

The above named man was released by Death due to execution at 5:40 A.M. this date.

C. E. Wilkens - Supervisor Inmate Records

84-183 Feguer

United States Department of Justice
Office of the Pardon Attorney
Washington

March 5, 1963

Mr. Covell Meek
United States Marshal
Dubuque, Iowa

Dear Mr. Meek:

With respect to our telephone conversation of today, I am enclosing a photo-copy of the President's memorandum to the Attorney General denying clemency in the case of Victor Harry Feguer. I am also forwarding a copy to Mr. Kildee, the Attorney.

Sincerely,

Reed Cozart
Pardon Attorney

DEPARTMENT OF JUSTICE

UNITED STATES MARSHAL

NORTHERN DISTRICT OF IOWA

Dubuque, Iowa
February 25, 1963

GOVERNMENT WITNESSES

Mr. Frank Spielman
Court House
Dubuque, Iowa

Mr. Eugene Mahoney
Court House
Dubuque, Iowa

Dr. Donovan F. Ward, M.D.
602 Roshek Building
Dubuque, Iowa

Mr. Percy Lucas
Police Department
Dubuque, Iowa

Mr. Walter E. Broughton
236 Federal Building
Dubuque, Iowa

Mr. Robert J. Courtright
236 Federal Building
Dubuque, Iowa

Bob Courtright
6969 S. Marshall
Littleton, Co
303 979 4210

UNITED STATES GOVERNMENT

# memorandum

DATE: May 7, 1992

REPLY TO ATTN OF: James P. Jonker, U. S. Marshal, Northern Iowa

SUBJECT: Info from Iowa Penitentiary

TO: Mr. John J. Twomey
Deputy Director for Administration

I was able to obtain the information enclosed from the Warden's Office at the Iowa State Penitentiary in Fort Madison, Iowa.

Also, I have enclosed the name of a former deputy who you might wish to talk to about this. You will notice that he is listed as a government witness.

James P. Jonker
U. S. Marshal

Encl.

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114
*U.S. GPO: 1989-241-175/90010

UNITED STATES MARSHALS SERVICE - NORTHERN DISTRICT OF IOWA

DATE: July 23, 1992

PLEASE DELIVER THE FOLLOWING 10 PAGE(S) TO:
Ted Calhoun, Public Affairs

IF YOU NEED TO CONTACT THIS OFFICE, YOU MAY DO SO AT:

commercial number: (319) 362-4411

FTS number: 955-1042

ASK FOR: Marshal James P. Jonker

OUR FAX NUMBER IS:

commercial number: (319) 362-7098

FTS number: 955-1046

ADDITIONAL REMARKS: ______________________

N-IA

CRIMINAL DOCKET 7 -- 6031
UNITED STATES DISTRICT COURT

D. C. Form No. 103A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES<br>*vs.*<br>Victor Harry Feguer. | *For U. S.:*<br>F. E. Van Alstine,<br>United States Attorney.<br><br>*For Defendant:*<br>Paul L. Kildee,<br>609 1st Natl. Bldg.,<br>Waterloo, Iowa.<br><br>Frederick G. White,<br>611 Marsh Place Bldg.,<br>Waterloo, Iowa. |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 2 mailed 8-3-60 | Clerk | | | | | |
| J.S. 3 mailed 4-5-61 | Marshal | $111.50<br>108.00 | | | | |
| Violation Kidnapped person not liberated unharmed. | Docket fee | | | | | |
| Title 18 | | | | | | |
| Sec. 1201 (a) | | | | | | |

| DATE 1960 | PROCEEDINGS |
|---|---|
| July 25 | Filed United States Attorney's motion for commitment of Victor Harry Feguer to U. S. Medical Center for custodial care and examination as to mental condition.<br>Filed Order of Court granting said motion. |
| Aug. 9 | Filed Indictment with Order thereon that defendant be held in custod without bail pending disposal of Indictment. (OB-1-280)<br>Filed Record of Foreman of Grand Jury. |
| Aug. 23 | Filed Order on Arraignment. (OB-1-293)<br>Attested copies of above Order mailed to U. S. Attorney and to defen |
| Aug. 26 | Filed Order for continuation of arraignment. (OB-1-297)<br>Attested copies of above Order mailed to U.S.Attorney and to defenda copy delivered to U.S.Marshal. |

Docket 7- 6031

| DATE 1960 | PROCEEDINGS |
|---|---|
| ıg.29 | Filed certified shorthand notes of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. |
| ›pt.1 | Filed Order on Arraignment and Plea September 1, 1960. (OB-1-300). |
| ›t. 2 | Filed attested copy of Order of August 26, 1960 on Arraignment, with Marshal's return thereon. Filed Order as to Assistance of counsel for defendant. (OB-1-30½). |
| ›t. 3 | Attested copies of last two above noted Orders mailed special delivery to defendant c/o Sheriff, Blackhawk County, at Waterloo; and two such copies mailed U.S.Attorney, Sioux City. |
| ›t. 1 | Filed Order under the provisions of Section 4244, Title 18,United States Code as to defendant's capability of understanding nature of proceedings and mental competency to assist in his own defense. (OB1-300½). |
| ›t. 8 | Attested copies of above Order mailed to F.E. Van Alstine,U.S.Atty., Sioux City,Iowa; and to defendant, c/o Sheriff, Black Hawk County, Iowa, Waterloo, Iowa. |
| :. 9 | Filed Order as to Assistance of Counsel, and appointing Paul L. Kildee,as said counsel. (OB-1, p. 304) |
| :.10 | Attested copies of above Order mailed this date to F.E. Van Alstine, U.S.Attorney, Sioux City, Iowa; Paul L. Kildee, First Nat'l. Bldg., Waterloo, Iowa; to Deft., c/o Sheriff, Black Hawk County, Iowa; to Sheriff, Black Hawk County, Iowa, Waterloo, Iowa; and copy delivered to Clement H. Crahan, U. S. Marshal, Dubuque, Iowa. |
| .. 13 | Filed certified shorthand notes of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo, September 1, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo September 1, 1960. |
| ›t.15 | Filed Application of Paul L. Kildee for appointment of Frederick G. White as additional counsel for defendant. |
| ›t.16 | Filed Order appointing Frederick G. White of Waterloo, Iowa, as counsel to assist Paul L. Kildee. (OB1-308). |
| pt.17 | Attested copies of above Order mailed this date to F.E.Van Alstine, U.S. Attorney,Sioux City, Iowa; Paul L. Kildee, First Natl.Bldg., Waterloo, Iowa; Frederick G. White, 611 Marsh Place Bldg., Waterloo, Iowa; Sheriff, Black Hawk County, Iowa,Waterloo, Iowa; and to Victor Harry Feguer, c/o Sheriff, Black Hawk County,Iowa. |
| :t.30 | Filed Plaintiff's motion requesting appointment of psychiatrists, re Rule 28, F.R.C.P. |
| :. 5 | Filed Order fixing October 15, 1960, for hearing on appointment of expert witnesses under Rule 28, FRCP.,(OB-1-315) and mailed |

Docket 7 - 5031

| DATE 1960 | PROCEEDINGS |
|---|---|
| | attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Oct. 15 | Filed record entry of appearance of counsel for Defendant. (OB1-318)<br>Filed Order assigning case for jury trial at Waterloo, January 9, 1961. (OB1-319); and mailed attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order on appointment of Richard A. Stamm, M.D., Staff Psychiatrist at Medical Center for Federal Prisoners, Springfield, Missouri, as an expert witness under Rule 28 (OB1-320); and mailed attested copies to F. E. Van Alstine, U.S.Attorney; Paul L. Kildee, attorney for defendant; the defendant; Richard A. Stamm, M.D., and Clement W. Crahan, U. S. Marshal. |
| Oct. 18 | Filed Government's Motion to advance trial date from 1-9-'61 to 10-31-'60; with certificate of service attached. |
| Oct. 19 | Filed Defendant's Motion for Issuance of Subpoenas and mailed copy to U.S.Attorney. |
| Oct. 25 | Filed certified shorthand notes of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate drawer.)<br>Filed transcript of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate envelope.) |
| Nov. 10 | Filed Order as to Matter of Trial and Related Matters.(OB1-349)<br>Filed Order granting Motion of Defendant for Issuance of Subpoenaes for Witnesses under Rule 17(B), FRCP. (OB1-350)<br>Attested copies of above Orders mailed to F.E.Van Alstine,U.S.Attorn counsel for defendant; and to defendant, c/o Dr. Richard A.Stamm, Medical Center for Federal Prisoners, Springfield, Missouri. |
| Dec. 14 | Filed copy of letter from Hon. Henry N. Graven, Judge, to Warden, Medical Center for Federal Prisoners, Springfield, Mo., advising it will be satisfactory to have defendant remain at Medical Center until 1-9-61. |
| 1961<br>Jan. 12 | Filed Order as to time for making pretrial motions by the defendan OB 1 P 389 |
| Jan. 13 | Filed attested copy of Order on Appointment of Expert Witness with Marshal's return thereon showing defendant delivered to Medical Center for Federal Prisoners at Springfield, Mo. on October 25, 1960, and returned to Waterloo, Iowa, on Jan.11,1961 |
| Jan. 20 | Filed Defendant's Motion to Suppress Evidence.<br>Filed Defendant's Motion for Return of Property and to Suppress Evidence. |
| Jan. 28 | Filed Defendant's Amendment to Motion for return of property and to Suppress Evidence.<br>Filed Defendant's Motion for Discovery and Inspection.<br>Filed Order fixing February 9, 1961 for hearing on Motions and Order relating to production of witnesses at said hearing.(OB1-4 |

Docket 7 -- No. 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| an. 28 | Attested copy of preceding Order delivered to U.S.Attorney; and attested copies mailed to Mr. Paul L. Kildee and Mr. Frederick G. White, Waterloo, Iowa, counsel for defendant. |
| b. 9 | Filed Defendant's Motion to exclude persons from hearing and to sequester Witnesses. |
| | Filed Defendant's Motion for hearing to determine mental competency to stand trial of defendant. |
| | Filed Order granting permission for sequestration of witnesses at hearing and denying balance of motion. (OB1-425) |
| b. 10 | Filed Government's Exhibits A, B, C, and D, and Defendant's Exhibits 1 and 2. |
| | Filed Order fixing February 20, 1961, at Waterloo, for hearing on matter of mental competency of defendant to start trial.(OB1-427) |
| | Filed Order as to submission of motions for return of property and to suppress evidence. (OB1-428) |
| | Attested copies of each of above Orders mailed to U.S. Attorney and to counsel for defendant: Paul L. Kildee and Frederick G. White, Waterloo, Iowa. |
| b. 20 | Filed Order ruling on motion of defendant to suppress evidence.(OB1-43 |
| | Filed Order ruling on motion of defendant, as amended, for return of property allegedly obtained by unreasonable search and seizure and suppression of same for use in evidence at trial.(OB1-43 |
| | Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant. |
| | Filed defendant's Motion to exclude persons from hearing on matter of mental competency of defendant. (OB1-438) |
| | Filed Order denying defendant's Motion to exclude persons from hearing on mental competency of defendant.(OB1-438) |
| | Filed Order directing that court copy of transcript of hearing held February 9 and 10, 1961, be made available to defendant and his attorneys. (OB1-439) |
| | Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant. |
| | Filed Order ruling on competency of defendant to stand trial(OB1-440) |
| | Filed Order fixing March 1, 1961, at 10:00 o'clock a.m., at Waterloo, Iowa, for commencement of trial with jury. (OB1-441) |
| | Filed Order ruling on motion of Defendant for Discovery and Inspection. (OB1-442) |
| | Filed Order as to furnishing Defendant with List of Witnesses; and List of Veniremen to Defendant and to Government. (OB1-443) |
| | Attested copies of each of above Orders mailed to U.S.Attorney and to counsel for defendant. |
| eb. 23 | Filed Notice of defendant's intention to interpose defense of insanity at trial. |
| | Filed defendant's Motion for Issuance of Subpoenas. |
| | Filed Plaintiff's resistance to motion of Defendant seeking production of witnesses at Government expense, with Certificate of Service attached. |
| | Filed List of Government Witnesses. |
| 23? | Copy of List of Government Witnesses mailed to counsel for defendant, from Sioux City. |

Docket - 231

| DATE 1961 | PROCEEDINGS |
|---|---|
| Feb. 24 | Filed Amendment to List of Government Witnesses. Filed Second Amendment to List of Government Witnesses. List of Government Witnesses mailed to defendant's counsel from Sioux City. Filed Order granting motion of defendant to have defendant's witnesses subpoenaed at expense of government. (OB1-451). |
| Feb. 25 | Attested copies of above Order mailed to U.S.Attorney and to Messrs. Paul L. Kildee and Frederick G. White. Filed Court Reporter's Transcript of February 9 and 10, 1961 hearing on defendant's motions. (In separate envelope). Filed Court Reporter's shorthand notes of February 9 and 10, 1961 hearing. (In separate drawer). Filed Court Reporter's Transcript of February 9, 1961 hearing in Chambers. (In separate envelope). |
| Feb. 24 | Filed Plaintiff's Motion to produce Jack Howard Hale as a witness for the Court, with Certificate of Service attached. Filed Plaintiff's application for Writ of Habeas Corpus Ad Testificandum. Filed Order to Produce Jack Howard Hale as a witness for the Court. (OB1-452) Filed Order for issuance of Writ of Habeas Corpus Ad Testificandum. (OB1-453) |
| Feb. 25 | Issued Writ of Habeas Corpus Ad Testificandum. |
| Feb. 26 | Delivered original and 3 copies of Habeas Corpus Ad Testificandum to C. H. Meek, Chief Deputy U.S.Marshal, for service. |
| Feb. 27 | Attested copies of Orders to Produce Jack Howard Hale as a witness and for issuance of Writ of Habeas Corpus Ad Testificandum, and Lists of Government Witnesses mailed to Paul L. Kildee and Frederick G. White. |
| Feb. 28 | Filed Order as to Exclusion of Witnesses at Trial. (OB1-456) Attested copies delivered to United States Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1) to ) Mar.12) (inc.)) | Entered record entry of jury trial proceedings. (Clerk's Minutes, pages 18 to 23, inc.) |
| Mar. 1 | Filed Challenge Sheet. |
| Mar. 1 | Filed Order for segregation of jury and directions in connection therewith. (OB1-465) |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1 | Filed Record as to Compliance by the Government with Order of Court granting motion of defendant for discovery and inspection. (OB1-466 |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1 | Record as to place of trial and geographical locale ... (OB1-467 |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| .r. 2 | Filed Opinion and Findings as to suppression of evidence.(OB1-472)<br>Filed Defendant's Motion for issuance of subpoenas.<br>Filed Order as to issuance of subpoenas for witnesses of the defendant at expense of Government. (OB1-473)<br>Attested copies of above Order delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to records pertaining to defendant at the Southern Michigan Penitentiary, Jackson, Michigan. (OB1-474)<br>Attested copy of above Order mailed to Mr. W. H. Bannan, Warden, Southern Michigan Penitentiary, Jackson, Michigan; and attested copies delivered to U.S.Attorney, Mr. Paul L. Kildee, and Mr. Frederick G. White. |
| ar. 3 | Filed Supplemental Order as to issuance of subpoena to Darrell Sudcliffe at expense of the Government. (OB1-478)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to guarding of Defendant while in Courtroom and other matters connected with his custody. (OB1-479) |
| ar. 4 | Issued subpoenas for the following, and delivered same with copy to U.S.Marshal for service:<br>Mr. Gordon Iacovinni, Southern Michigan State Penitentiary, Jackson, Michigan; Dr. Herbert Thomas, Southern Michigan State Penitentiary, Jackson, Michigan; Dr. David P.Phillips, Southern Michigan State Penitentiary, Jackson, Michigan; Gilda Shellow, 2641 North Lake Drive, Milwaukee, Wisconsin; Mrs. Eleanor Beffel, 4123 West Lisbon, Milwaukee, Wisconsin; Dr. Richard A. Stamm, Medical Center for Federal Prisoners, Springfield, Missouri; Charles Feguer, 751 North Dearborn, Chicago, Illinois; Harold Albaugh, 9615 Meridian Road, Bannister, Michigan; Mrs. Harold Albaugh, 9615 Meridian Road, Bannister, Michigan; Everett Glaser, 106 Flora, St. Johns, Michigan; and Mrs. Martha O'Leary, 3731 Garfield, Milwaukee, Wisconsin.<br>Filed Order denying motion of defendant for subpoenaing of Dr. Joseph Sturgell and Dr. Russell Settell under Rule 17(b) of FRCP. (OB1-482)<br>Filed Ruling and Findings on motion of defendant to suppress for use in evidence certain exhibits. (OB1-483)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 6 | Filed Order cancelling subpoena for appearance of Mrs. Eleanor Beffel. (OB1-485)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee, and to Mr. Frederick G. White.<br>Filed record as to subpoenaing of Dr. David P. Phillips.(OB1-486)<br>Attested copies of above Orders delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to the matter of the records pertaining to defendant at Southern Michigan Penitentiary, Jackson, Michigan.(OB1-487)<br>Attested copy of above Order delivered to U.S.Attorney and to Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed certified notes of Dennis E.Quinn, Official Court Reporter, taken at hearing at Waterloo on February 20, 1961. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar. 7 | Filed record of Victor Harry Fezier, No. 77223, State Prison of Southern Michigan, received from W. H. Bannan relative to compliance with Court Order of March 6, 1961 - 4 volumes and letter of transmittal. |
| | Filed non-jury exhibit No. 1200 (Confession of July 20, 1961) delivered to Carl V. Riley, Clerk, in sealed envelope, after having been made available to defendant and his attorneys at March 7, 1961, hearing held in absence of jury. (Signed Henry N. Graven, United States District Judge.) |
| | Filed Order terminating subpoena for Dr. David F. Phillips.(OB1-489) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed procedure proposed by the Court in connection with Court appointed expert witness, Dr. Richard A. Stamm.(OB1-490) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Defendant's Motion for Acquittal. |
| | Filed Order denying Defendant's Motion for Acquittal.(OB1-493) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Findings and Rulings on Incriminatory Statements alleged to have been made by defendant. (OB1-497) |
| | Attested copies of above Findings and Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Supplement as to procedure proposed with Court appointed witness, Dr. Richard A. Stamm. (OB1-495) |
| | Attested copies of above Supplement delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Defendant's Requested Instructions. |
| | Filed Rulings on requested instructions presented to the Court on March 9, 1961, at 8:45 a.m. (OB1-498) |
| | Attested copies of above Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G.White. |
| Mar. 10 | Filed Order as to Arguments to the Jury. (OB1-500) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed Order overruling Motion of Defendant for Judgment of Acquittal at the end of all the evidence. (OB1-501) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed Order relating to the taking of exceptions to the instructions. (OB1-502) |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr.Frederick G. White. |
| Mar. 11 | Filed Record as to exceptions to the instructions to the jury.(OB1-50 |
| | Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed Jury inquiry re Feguer statement to F.B.I. concerning Alex De Puree. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| ar. 11 | Filed memo from Jury stating they did not desire testimony read back at this time.<br>Filed transcript of Hearing at Waterloo, Iowa, on February 20, 1961.<br>Filed Answer of Court to question of jury, with notation of Foreman of Jury desiring testimony read by Reporter.<br>Filed Record as to Impaneling of Jury. (OB1-505)<br>Filed Supplemental Ruling on Competency of Defendant to Stand Trial.<br>Attested copies of above Ruling delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 12 | Filed Court's Instructions to the Jury.<br>Filed Verdict Sheet.<br>Filed Record as to Trial and Return of Verdict. (OB1-508)<br>Attested copies of above Record delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed List of Exhibits. (See No. 104 on File) |
| ar. 13 | Filed letter of transmittal returning Record file on defendant to State Prison of Southern Michigan, with Certificate of Clerk attached.<br>Filed Judgment and Sentence. (OB1-510) Judgment: Death.<br>Three attested copies of Judgment and Sentence furnished U.S. Marshal.<br>One attested copy of Judgment and Sentence furnished to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Defendant's Motion for Leave to Appeal in Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense.<br>Filed Defendant's Affidavit of Poverty.<br>Filed Order Allowing Appeal in Forma Pauperis. (OB1-511)<br>Filed Notice of Appeal to U.S. Court of Appeals, Eighth Circuit, from Judgment, Sentence and Verdict.<br>Filed Order Granting Defendant's Motion for Furnishing Transcript at cost of United States. (OB1-512) |
| ar. 14 | Filed Order as to the Custody of the Defendant. (OB1-513)<br>Three attested copies of Order as to the Custody of the Defendant furnished to U.S. Marshal.<br>Copy of Defendant's Motion for Leave to Appeal In Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense, Defendant's Affidavit of Poverty, attested copy of Order Allowing Appeal In Forma Pauperis, copy of Notice of Appeal, and attested copies of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and Order as to Custody of Defendant, mailed to U.S. Attorney.<br>Attested copy of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and of Order as to Custody of Defendant, mailed to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant. |
| ar. 16 | Filed Writ of Habeas Corpus Ad Testificandum for production of Witness Jack Howard Hale with Marshal's return thereon. |
| ar. 20 | Filed attested copy of Order as to Custody of Defendant with Marshal's return thereon showing defendant delivered to U.S. Penitentiary at Leavenworth, Kansas on March 16, 1961. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar.22 | Filed Application of Mr. Paul L. Kildee and Mr. Frederick G. White to be discharged as attorneys for defendant. |
| Mar.28 | Filed Court Reporter's transcript of hearing on March 10, 1961, of additional evidence on original motion as to competency of defendant to stand trial. |
| Apr.17 | Filed Order of Circuit Court of Appeals appointing Messrs. Paul L. Kildee and Frederick G. White, Waterloo, Iowa, to represent appellant on appeal, and ordering that counsel for appellant may have 40 days from the date of filing of trial transcript in District Court in which to serve and file five copies of their brief with the Circuit Court.<br>Attested copies of above Order mailed to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| May 22 | Filed shorthand notes of Official Court Reporter of proceedings at trial commencing March 1, 1961.<br>Filed transcript, in duplicate, of proceedings at trial.<br>Mailed original transcript to Mr. Paul L. Kildee, of counsel for defendant. |
| June 1 | On authorization of Judge Henry N. Graven, mailed to Mr. Frederick G. White, of counsel for defendant, duplicate copy of transcript of trial proceedings, and original transcripts of the following: hearing on October 15, 1960, hearing in Chambers February 9, 1961, hearing on motions of defendant February 9 and 10, 1961, hearing on February 20, 1961, and hearing on motion March 10, 1961. |
| July 15 | Filed Order for Delivery of Exhibits to Circuit Court of Appeals. OB2<br>Attested copies of above Order mailed to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. OB2 P 42. |
| Aug. 25 | Filed copy of Order from U.S. Court of Appeals for the 8th Circuit, dated 8-8-61 directing Clerk of this Court to retain certain designated exhibits until further direction from the CCA or the disposition of appeal. |
| 1962 | |
| 10-19 | Filed Mandate issued October 18, 1962 by Court of Appeals, Eighth Circuit, affirming as of April 16, 1962 the Judgment and Sentence of this Court entered on March 13, 1961. OB2 P 310 |
| 10-23 | Attested copy of Mandate mailed to Mr. Donald E. O'Brien, U. S. Attorney; and to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant |
| 10-25 | Copy of Mandate mailed to Hon. Henry N. Graven, Senior U. S. District Judge, Greene, Iowa. |
| 10-31 | Filed at Cedar Rapids Defendant's Application for Stay of Enforcement and Execution of Judgment and Sentence, to which is attached Defendant's Application for Executive Clemency. |
| 11-2 | Filed Order as to Execution of Judgment and Sentence, and Order as to Motion for Stay; subject to interposition of executive clemency, said imposed death sentence by hanging scheduled for January 15, 1963 at approximately 5:30 a.m. at Iowa State Penitentiary at Fort Madison, Iowa. OB2 P. 323 |
| 11-2 | Three attested copies of Order as to Execution delivered to U.S. Marshal, Dubuque;<br>Attested copies mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant, and to Defendant, c/o Warden, U.S. Penitentiary, Leavenworth, Kansas. |

Docket 7 - 6031

| DATE 1963 | PROCEEDINGS |
|---|---|
| 1-2 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on February 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa xxxFebruaryx15,x1963 at approximately 5:30 a.m., instead of January 15, 1963 as previously set. (OB 2, P 358 |
| 1-7 | Three attested copies of Order changing date for execution of death sentence of Defendant delivered to United States Marshal at Dubuque; attested copies mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U.S. Penitentiary, Leavenworth, Kansas. |
| 2-1 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on March 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa at approximately 5:30 a.m., instead of February 15, 1963 as previously set. (OB 2, P. 377 ) |
| 2-5 | Three attested copies of above Order delivered to United States Marshal at Dubuque; attested copies of Order mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Fredrick G. White both of Waterloo, Iowa; counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U. S. Penitentiary, Leavenworth, Kansas. |
| 3-19 | Filed Marshal's Return as to execution of Judgment and Sentence as to Defendant, Victor Harry Feguer, said execution carried out on March 15, 1963 at the State Penitentiary, Fort Madison, Iowa; with signatures of witnesses to said execution of Judgment and sentence of said Defendant. |
| 3-22 | Filed Application of Donalde E. O'Brien/U. S. Attorney for Court Order for disposition of 300 items of evidence. Filed Order for disposition of items of personal property and other evidence, including the murder weapon. (EJMcM.) OB2 P.403 |
| 3-25 | Attested copy of above Order mailed this date to Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa. |
| 1966 | |
| 3-2 | Filed Application of Plaintiff for Order as to Disposition of Exhibits. Filed order entered 2-28-66 as to disposition of Exhibits. (OB 5, P. 3) |
| 3-30 | Filed Affidavit as to Destruction of Certain Exhibits pursuant to Court Order. |