UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MONTGOMERY )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR, et. al. )<br>)<br>      Defendants. ) | No. 1:20-cv-03261-RDM |

## NOTICE

Plaintiff's counsel hereby provides notice to the Court that Ms. Henry, Ms. Harwell, and Ms. Nouri submitted a petition for executive clemency on behalf of Mrs. Montgomery to President Trump on this same date.

DATED:   December 24, 2020

Respectfully submitted,

s/ Sandra L. Babcock

Sandra L. Babcock
Clinical Professor, International
Human Rights Clinic
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
Office: 607.255.5278
Cellular: 312.823.2330
Slb348@cornell.edu

Joseph Margulies
Professor of the Practice of Law and
Government

Cornell University
Ithaca, NY 14853
607.216.2289

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690

Edward J. Ungvarsky
D.C. Bar No. 459034
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com