UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MARIE MONTGOMERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>JEFFREY A. ROSEN *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-3261 (RDM) |

**ORDER**

On the evening of December 24, 2020, the Court entered summary judgment in Plaintiff's favor on Count I of Plaintiff's supplemental complaint. Dkt. 47. Because it was unclear whether that decision finally resolved the issues raised in the case, the Court entered a Minute Order at that same time directing that the parties file a joint status report on or before noon on Sunday, December 27, 2020, addressing whether the Court should enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) or final judgment pursuant to Rule 58. To avoid the risk that the parties' and the Court's consideration of that issue might delay any efforts to seek appellate review, the Court will enter partial final judgment *sua sponte* at this time, while reserving on the question whether to enter final judgment until after receiving the parties' joint status report.

Under Rule 54(b), the Court may enter partial final judgment "[w]hen an action presents more than one claim for relief . . . if [it] expressly determines that there is no just reason for delay." As explained in the Court's memorandum opinion and order, Dkt. 47, the Court granted Plaintiff's motion for partial summary judgment as to Count I of Plaintiff's supplemental

complaint.  That decision fully and finally resolved Count I of Plaintiff's supplemental complaint.  The Court now determines that there is no just reason for delay in entering final judgment with respect to that claim and, accordingly, hereby enters final judgment with respect to Count I of Plaintiff's supplemental complaint.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  December 26, 2020