UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. MONTGOMERY,<br>     *Plaintiff*,<br>   v.<br>JEFFREY A. ROSEN, *et al.*,<br>     *Defendants*. | Civil Action No. 20-3261 (RDM) |

**JOINT STATUS REPORT**

On December 24, 2020, the Court entered a Minute Order directing that the parties file a joint status report on or before noon on Sunday, December 27, 2020, addressing whether the Court should enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) or final judgment pursuant to Rule 58. On December 26, 2020, the Court *sua sponte* issued partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) and expressly determined that there is no just reason for delay. The Court stated it would reserve the question whether to enter final judgment until after receiving the parties' joint status report.

**The Parties' Joint Position**

Putting aside the parties' respective positions on the merits, the parties believe that the Court has properly entered partial final judgment with respect to Count I of Plaintiff's supplemental complaint pursuant to Rule 54(b).

**Defendants' Position**

Defendants take no position on the entry of final judgment in this case. However, Defendants note that Plaintiff Lisa Montgomery raises three remaining claims, and Defendants' time to file a responsive pleading in this case has not yet run. *See* Fed. R. Civ. P. 12(a)(2) ("The United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days

after service on the United States attorney."). Moreover, Defendants assert that Rule 58 merely sets forth the form of a final judgment. 11 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2785 (3d ed. 2020) ("It should be borne in mind that Rule 58 states how a judgment is entered. It does not speak to whether a judgment entered in this fashion is a 'final judgment' for purposes of appeal. This is so even though there are some cases in which courts have referred to Rule 58, and to cases applying it, when the issue seems to have been whether a judgment was final rather than whether it had been effectively entered.").

**Plaintiff's Position**

Because Plaintiff has pleaded claims that remain pending, Plaintiff believes the Court has properly entered partial final judgment under Rule 54(b) rather than final judgment under Rule 58 at this juncture.

Dated:  December 27, 2020          Respectfully submitted,


TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
J. BENTON HURST, D.D.C. Bar #MO009
DAVID WAGNER
Assistant United States Attorneys
Western District of Missouri

Special Assistant United States Attorneys
District of Columbia

– and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny H. Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*



  */s/ Sandra L. Babcock*
Sandra L. Babcock
Clinical Professor, International Human Rights Clinic
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690

Edward J. Ungvarsky
Ungvarsky Law, PLLC
D.C. Bar No. 459034
114 North Alfred Street

3

Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

Meaghan VerGow
O'Melveny & Myers LLP
D.C. Bar No. 977165
1625 Eye Street, N.W.
Washington, DC 20006
202.383.5504
mvergow@omm.com

Alec Schierenbeck
O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, NY 10036
212.728.5837
aschierenbeck@omm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Alan T. Simpson
Assistant United States Attorney