UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA M. MONTGOMERY,
*Plaintiff*,

v.

JEFFREY A. ROSEN, *et al.*,
*Defendants*.

Civil Action No. 20-3261 (RDM)

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given this 28th day of December, 2020, that Defendants in this action appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on December 24, 2020, *see* ECF No. 47, in which the Court granted summary judgment in Plaintiff's favor on Count I of Plaintiff's supplemental complaint and vacated the Director of the Federal Bureau of Prisons's November 23, 2020 decision setting a new execution date. Defendants also appeal from the Order of this Court entered on December 26, 2020, *see* ECF No. 48, in which this Court entered final summary judgment with respect to Count I of Plaintiff's supplemental complaint.

Dated: December 28, 2020

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
J. BENTON HURST, D.D.C. Bar #MO009
DAVID WAGNER
Assistant United States Attorneys
Western District of Missouri
Special Assistant United States Attorneys
District of Columbia

– and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Alan T. Simpson*
Assistant United States Attorney