# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5379**             **September Term, 2020**

**1:20-cv-03261-RDM**

**Filed On: January 5, 2021** [1878442]

Lisa Marie Montgomery,

      Appellee

  v.

Jeffrey Rosen, Acting Attorney General of the
United States in his official capacity, et al.,

      Appellants

## M A N D A T E

    In accordance with the order of January 1, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                  BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk

Link to the order filed January 1, 2021