O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

January 5, 2021

**Alec Schierenbeck**
D: +1 212 728 5837
aschierenbeck@omm.com

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**Re:** ***Case No. 1:20-cv-03261-RDM***

Dear Judge Moss:

On behalf of Plaintiff Lisa Montgomery, I write to seek leave to renew Mrs. Montgomery's motion for partial summary judgment on Claim II of her supplemental complaint (Dkt. 29, Ex. 1). Mrs. Montgomery's proposed renewed motion for partial summary judgment is attached as Exhibit 1.

When Mrs. Montgomery first moved for partial summary judgment, the Court declined to address Claim II—which asserts that Defendants' designation of a January 12, 2021 execution date violates the Federal Death Penalty Act ("FDPA")—for two reasons: (1) the Court already had vacated the execution date; and (2) it was unclear whether Defendants would reschedule the execution. On January 1, 2021, a D.C. Circuit panel reversed and reinstated the January 12 execution date. Rehearing en banc was denied. On January 5, 2021, the D.C. Circuit Clerk issued the mandate.

It is now necessary and appropriate for Mrs. Montgomery to renew her motion for partial summary judgment on Claim II of her supplemental complaint. The D.C. Circuit's mandate has issued, meaning that Defendants' designation of January 12, 2021 as Mrs. Montgomery's execution date has been reinstated. Claim II asserts that this designation violated the FDPA—and in turn, the APA—because it did not comply with several aspects of Missouri law governing the scheduling of executions. Although Mrs. Montgomery plans to request that the D.C. Circuit and the Supreme Court stay Mrs. Montgomery's execution pending disposition of a petition for a writ of certiorari, Mrs. Montgomery would like to renew her motion on Claim II now to provide the Court and any reviewing courts with ample time to review and to decide the issue expeditiously.

Sincerely,

*<u>/s/ Alec Schierenbeck</u>*
Alec Schierenbeck

*Attorney for Plaintiff*