**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **JEFFREY ROSEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff Lisa Marie Montgomery's Renewed Motion for Partial Summary Judgment with respect to Claim II of the Supplemental Complaint. Upon consideration of the motion, opposition, reply, and any further pleadings and arguments submitted in support thereof, or in opposition thereto, the Court concludes that Defendants violated 18 U.S.C. § 3596(a) when they designated January 12, 2021 as Plaintiff's execution date.

Accordingly, pursuant to 5 U.S.C. § 702, Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7(h)(2), Plaintiff's Motion for Partial Summary Judgment is **GRANTED**, and it is hereby **ORDERED** that the January 12, 2021 execution date designated for Plaintiff is hereby **VACATED**.

**SO ORDERED.**

DATED:

____________________________
RANDOLPH D. MOSS
United States District Judge