**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **JEFFREY ROSEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Lisa Marie Montgomery respectfully moves for leave to renew Mrs. Montgomery's motion for partial summary judgment on Claim II of her supplemental complaint (Dkt. 29, Ex. 1). Mrs. Montgomery's proposed renewed motion for partial summary judgment is attached as Exhibit 2.

## ARGUMENT AND AUTHORITIES

When Mrs. Montgomery first moved for partial summary judgment, the Court declined to address Claim II—which asserts that Defendants' designation of a January 12, 2021 execution date violates the Federal Death Penalty Act ("FDPA")—for two reasons: (1) the Court already had vacated the execution date; and (2) it was unclear whether Defendants would reschedule the execution. On January 1, 2021, a D.C. Circuit panel reversed and reinstated the January 12 execution date. Rehearing en banc was denied. On January 5, 2021, the D.C. Circuit Clerk issued the mandate.

It is now necessary and appropriate for Mrs. Montgomery to renew her motion for partial summary judgment on Claim II of her supplemental complaint. The D.C. Circuit's mandate has

issued, meaning that Defendants' designation of January 12, 2021 as Mrs. Montgomery's execution date has been reinstated. Claim II asserts that this designation violated the FDPA—and in turn, the APA—because it did not comply with several aspects of Missouri law governing the scheduling of executions. Although Mrs. Montgomery plans to request that the D.C. Circuit and the Supreme Court stay Mrs. Montgomery's execution pending disposition of a petition for a writ of certiorari, Mrs. Montgomery would like to renew her motion on Claim II now to provide the Court and any reviewing courts with ample time to review and to decide the issue expeditiously.

DATED: January 6, 2021

Respectfully Submitted,

/s/ Alec Schierenbeck
Alec Schierenbeck
O'Melveny & Myers LLP
N.Y. Bar No. 5391008
7 Times Square
New York, NY 10036
212.728.5837
aschierenbeck@omm.com

Meaghan VerGow
O'Melveny & Myers LLP
D.C. Bar No. 977165
1625 Eye Street, N.W.
Washington, DC 20006
202.383.5504
mvergow@omm.com

Sandra L. Babcock
Clinical Professor, International Human Rights Clinic
157 Hughes Hall
Cornell Law School
Ithaca, NY 14853-4901
312.823.2330
Slb348@cornell.edu

Joseph Margulies

Professor of the Practice of Law and
Government
Cornell University
Ithaca, NY 14853
607.216.2289

Zohra Ahmed
Clinical Teaching Fellow
Cornell Law School
Ithaca, NY 14853
415.260.9690

Edward J. Ungvarsky
Ungvarsky Law, PLLC
D.C. Bar No. 459034
114 North Alfred Street
Alexandria, VA 22314
Office: 571.207.9710
Cellular: 202.409.2084
ed@ungvarskylaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Alec Schierenbeck