**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **JEFFREY ROSEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff Lisa Marie Montgomery's Motion for Leave to File a Renewed Motion for Partial Summary Judgment with respect to Claim II of the Supplemental Complaint. Upon consideration of the motion and any further pleadings and arguments submitted in support thereof, or in opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion for Leave is **GRANTED**.

**SO ORDERED.**

DATED:

____________________________
RANDOLPH D. MOSS
United States District Judge