UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. MONTGOMERY,<br>*Plaintiff*,<br>v.<br>JEFFREY A. ROSEN, *et al.*,<br>*Defendants*. | Civil Action No. 20-3261 (RDM) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion for leave (Dkt. 58) and the renewed motion for partial summary judgment (Dkt. 58-2) and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Plaintiff's motions are DENIED.

Dated: ____________

_______________________________
The Honorable Randolph D. Moss
United States District Judge