**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:20-cv-03261-RDM** |
| | ) | |
| **JEFFREY ROSEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff Lisa Marie Montgomery's Motion for a Stay of Execution Pending Appeal. Upon consideration of the motion and any further pleadings and arguments submitted in support thereof, or in opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion for a Stay of Execution Pending Appeal is **GRANTED**.

**SO ORDERED.**

DATED:

_____________________________
RANDOLPH D. MOSS
United States District Judge