UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MONTGOMERY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-03261-RDM |
| | ) |
| JEFFREY ROSEN, et al., | ) |
| | ) |
|       Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties hereto, by their respective counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all remaining claims herein with prejudice, each party to bear its own attorneys' fees and costs.

January 14, 2021

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
Assistant United States Attorney
Western District of Missouri
Special Assistant United States Attorney
District of Columbia

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

Respectfully submitted,

*/s/ Meaghan VerGow*
MEAGHAN VERGOW
O'MELVENY & MYERS LLP
1626 Eye Street, N.W.
Washington, DC 20006
(202) 383-5504

ALEC SCHIERENBECK
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 728-5837

*Counsel for Plaintiff*

BRIAN P. HUDAK
Acting Chief, Civil Division
District of Columbia

 /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*